United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-02546-HWV |
| Scott Lee Krumrine, Jr | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Dec 06, 2023 | Form ID: ntnew341 | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott Lee Krumrine, Jr, 155 Filbert Street, Hanover, PA 17331-8827 |
| 5576931 | + | Brock & Scott, PLCC, 2011 Renaissance Boulevard, Suite 100, King of Prussia, PA 19406-2782 |
| 5576936 | | Marine Corp Finance Ct, Dfas-kc, Denver, CO 80279 |
| 5576938 | + | Rachel Krumrine, 4800 Turkeyfoot Road, Westminster, MD 21158-1127 |
| 5576939 | + | Thomas E. Miller Esquire, 249 York Street, Hanover, PA 17331-3228 |
| 5576940 | | Welk Timeshare Resorts, 8845 Lawrence Welk Drive, Escondido, CA 92026 |
| 5576941 | + | Yk Cr Bureau, 33 S Duke St, York, PA 17401-1401 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5576932 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2023 18:48:43 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5576933 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2023 18:48:43 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5576934 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 06 2023 18:39:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 5576929 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 06 2023 18:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5576935 | + | Email/Text: Accounts_Control@kitsapcu.org | Dec 06 2023 18:39:00 | Kitsap Credit Union, P.o. Box 990, Bremerton, WA 98337-0230 |
| 5576937 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 06 2023 18:39:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5581160 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 06 2023 18:39:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5576930 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 06 2023 18:39:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5576942 | + | Email/Text: kcm@yatb.com | Dec 06 2023 18:39:37 | York Adams Tax Bureau, Post Office Box 15627, York, PA 17405-0156 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 08, 2023  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Gary J Imblum | on behalf of Debtor 1 Scott Lee Krumrine Jr gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor FREEDOM MORTGAGE CORPORATION mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Scott Lee Krumrine Jr,
aka Scott L. Krumrine,

      **Debtor 1**

Chapter 13

Case No. 1:23−bk−02546−HWV

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: January 25, 2024<br><br>Time: 08:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 6, 2023 |

ntnew341 (09/23)