

BERKSHIRE HATHAWAY
HomeServices

Homesale Realty

1444 Baltimore Street
Hanover, PA 17331

August 7, 2023

Scott Krumrine
155 Filbert Street
Hanover, PA 17331

Dear Mr. Zeyn,

Per your request, I have reviewed the properties with which your property compares and the following is my opinion of what buyers should be willing to pay for a property similar to yours within a reasonable period in today's real estate market.

Based upon an inspection of the property, information obtained from the homeowner and data online. I believe the value to be $225,000.

This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.

Sincerely,

Mary Price
Associate Broker
License # AB050221L

Case 1:23-bk-02546-HWV    Doc 15    Filed 12/12/23    Entered 12/12/23 11:41:23    Desc
Main Document    Page 1 of 20





# MARKETING PROPOSAL

**BERKSHIRE HATHAWAY** | **HOMESALE REALTY**
HOMESERVICES

Your World. Under One Roof.

# MARKETING PROPOSAL



Prepared for: **Scott Krumrine**
**155 Filbert Street Hanover**



Mary Price, Associate Broker,
REALTOR®
717-451-2744 Cell | 717-633-7300 Office
mary@homeinhanover.com

# MARKETING PROPOSAL

Dear Scott

Thank you for considering me to represent you in the sale of your home. I know you have many choices, however, I'm confident my proven, local expertise, combined with the unmatched resources of Berkshire Hathaway HomeServices Homesale Realty, will help ensure you obtain the highest sales price and best terms for your property. This proposal outlines the steps we will take, and begins identifying the data we'll use to achieve success together. I'll balance a strong internet presence with a comprehensive marketing program and tireless networking to drive buyers to your property. With my experience, I know how to market your home's appeal to a wide range of prospective buyers.

I truly appreciate the opportunity to successfully represent you in the sale of your home.

Sincerely,
*Mary Price*



Mary Price, Associate Broker, REALTOR®
717-451-2744 Cell | 717-633-7300 Office
mary@homeinhanover.com

# GET TO KNOW ME

**MARY W. PRICE**

4112 Blue Hill Road

Hanover, Pennsylvania  17331

Office: 717-633-7300  Cell:  717-451-2744

Email:  Mary@HomeInHanover.com  Website:  www.HomeInHanover.com

## QUALIFICATIONS

Over Thirty years of progressively responsible experience in all phases of real estate to include, general real estate brokerage, new home sales, and sales management.  Developed and implemented policies and procedures to ensure optimum effectiveness and profitability.

## EXPERIENCE

**Berkshire Hathaway HomeServices Homesale Realty, Hanover, PA Associate Broker**

3/01 –present

- Provide reliable, dependable real estate services to buyers and sellers with sales in excess of 10 million annually.
- Skilled in the areas of effective marketing, legal compliance, negotiations, and transaction management.
- Licensed in PA and MD

**Masonry Homes, Inc., Manchester, Maryland         General Sales Manager**

11/99 – 3/01

- Promoted from Community Sales Manager
- Managed 11 new home communities with annual sale of over $43 million. Assigned territories included Baltimore, Carroll and Frederick counties in Maryland, and York County Pennsylvania
- Directed hiring, training, and development of 9 sale managers and sale assistants

**Community Sales Manager**

9/90 – 11/99

- Highest producing community sales manager, exceeding sale projections, and sold in excess of $6.6 million annually.
- Established MCI Sales, Inc., a real estate company in Pennsylvania and Maryland.
- Counseled home purchasers throughout the home buying process

**Sheaffer Real Estate, Hanover, Pennsylvania**                                6/87 – 9/90

**Chandler Real Estate, Hanover, Pennsylvania**                              6/86 – 6/87

**McDonald's Restaurant, Hanover, Pennsylvania  Restaurant Area Supervisor**   1/84 – 3/86

## EDUCATION AND TRAINING

- Bachelor of Science Degree., Management Studies, The University of Maryland University College, College Park, Maryland, May 1998. GPA 4.0
- Dale Carnegie Courses. Management Seminar. Effective Speaking and Human Relations
- McDonald's Hamburger University, March 1983
- Hanover Senior High School, June 1979

**PROFESSIONAL ASSOCIATIONS AND COMMUNITY SERVICE**

- Member of the National Association of Realtors (1986 – present)
- Member of Hanover Area Chamber of Commerce (2001 – present)
- Board of Directors Realtors Association of York and Adams Counties (2005-2007 and 2018-2020)
- Member of MLS Committee of RAYAC (2009-2012)
- Volunteer for Habitat for Humanity and Sunshine Kids (benefits children with cancer)

**PERSONAL**

My husband Ty and I live on a small cattle farm south of Hanover near Codorus State Park. I have 2 grown daughters, a step son and 7 grandchildren. I enjoy spending time with them and organizing family events. We own several rental properties and operate another 70 acre cattle farm nearby. I volunteer at my church, teach Sunday school and participate in numerous local charitable events. I can't imagine living anywhere else. Hanover is my home!! Visit HomeInHanover.com for more information

**Professional and personal references available upon request**

# WHAT MY CLIENTS SAY

"Mary was very nice to work with and very knowledgeable. You can tell she has many years of experience. She made selling our house a breeze!"
- Windsor M ★★★★★

"Mary answered every question we had. She was very prompt in answering any e-mails and texts. We would definitely recommend her to others".
- Tom H ★★★★★

"Mary was extremely professional and had multiple plans and routes we could take with trying to sell our house and turn around and buy another. She answered every question we had and made the process super easy. We are very thankful for Mary and love our new house!"
-Bryant D ★★★★★

"Mary is an absolute joy to work with. She was always quick to respond, available whenever I needed her, patient, knowledgeable, and understanding. I couldn't have asked for a better agent in my corner".
Jessica H. ★★★★★



Mary Price, Associate Broker, REALTOR®
717-451-2744 Cell | 717-633-7300 Office
mary@homeinhanover.com




## Summary Information

| | | | |
|---|---|---|---|
| Owner: | Scottl Krumrine Jr & Rachel L Krumrine | Property Class: | Residential |
| Owner Address: | 155 Filbert St | Annual Tax: | $3,478 |
| Owner City State: | Hanover Pa | Record Date: | 05/25/17 |
| Owner Zip+4: | 17331-8827 | Sale Amount: | $189,900 |
| Owner Occupied: | Yes | Book: | 6266 |
| Owner Carrier Rt: | R012 | Page: | 0642 |
| | | Tax Record Updated: | 05/05/23 |

## Geographic Information

| | | | |
|---|---|---|---|
| County: | Adams, PA | Lot: | 0068 |
| Municipality: | Conewago Twp | | |
| High Sch Dist: | Conewago Valley | | |
| Tax ID: | 08010-0068---000 | | |
| Tax ID Alt: | 08010-0068---000 | | |

## Assessment & Tax Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Tax Year: | 2023 | Annual Tax (Est): | $3,478 | Total Land Asmt: | $32,900 |
| County Tax (Est): | $724 | Taxable Land Asmt: | $32,900 | Total Bldg Asmt: | $130,400 |
| Municipal Tax (Est): | $328 | Taxable Bldg Asmt: | $130,400 | Total Asmt: | $163,300 |
| School Tax (Est): | $2,425 | | | Taxable Total Asmt: | $163,300 |
| Asmt As Of: | 2023 | | | | |

## Lot Characteristics

| | | | | |
|---|---|---|---|---|
| County Desc: | Interior | SQFT: | 10,454 | |
| Lot Desc: | Interior | Acres: | 0.2400 | |
| | | Roads: | Paved | |

## Building Characteristics

| | | | | | | |
|---|---|---|---|---|---|---|
| Total SQFT: | 1,144 | Total Rooms: | 5 | Water: | Public |
| Residential Type: | Single/Det | Bed Rooms: | 3 | Sewer: | Public |
| Residential Design: | Split/Multi-Level | Full Baths: | 2 | Year Built: | 1986 |
| Abv Grd Fin SQFT: | 1,128 | Total Baths: | 2.5 | Heat Fuel: | Gas |
| Below Grade Unfin SQFT: | 16 | Exterior: | Brick, Vinyl | Other Structure: | Storage Shed |
| Part Baths: | 1 | Porch/Deck SQFT: | 256 | Building Desc: | CREAM VINYL W/ MAROON SHU |
| Fireplace Total: | 0 | Heat Delivery: | Hot/Warm Air | | |
| Attic Type: | None | | | | |
| Bldg Condition: | Good | | | | |

## Property Card Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Card Num: | 0 | Building Type: | Shed Cls | Building Style: | Vinyl |
| Enclosed SQFT: | 160 | Quality: | Good | Year Built: | 1990 |
| Building Value: | $576 | Dimensions: | 8X20 | | |
| | | Stories: | 1 | | |

## Codes & Descriptions

Land Use: 101 Residential 1 Family

| | Structure Type: | Detach | Use Type: | RESIDENTIAL < 10 ACRES LAND | | |
|---|---|---|---|---|---|---|
| | County Land Desc: | Interior | | | County Bldg Desc: | CREAM VINYL W/ MAROON SHU |

### Annual Tax Amounts

| Year | County | Municipal | School | Annual |
|---|---|---|---|---|
| 2023 | $724 | $328 | $2,425 | $3,478 |
| 2022 | $724 | $328 | $2,425 | $3,478 |
| 2021 | $684 | $328 | $2,318 | $3,331 |
| 2020 | $684 | $410 | $2,273 | $3,367 |
| 2019 | $684 | $328 | $2,196 | $3,209 |
| 2018 | $684 | $328 | $2,130 | $3,143 |
| 2017 | $597 | $306 | $1,924 | $2,827 |

### Annual Assessment

| Year | Land | Building | Ttl Taxable | Total Land | Total Bldg | Total Asmt |
|---|---|---|---|---|---|---|
| 2023 | $32,900 | $130,400 | $163,300 | $32,900 | $130,400 | $163,300 |
| 2022 | $32,900 | $130,400 | $163,300 | $32,900 | $130,400 | $163,300 |
| 2021 | $32,900 | $130,400 | $163,300 | $32,900 | $130,400 | $163,300 |
| 2020 | $32,900 | $130,400 | $163,300 | $32,900 | $130,400 | $163,300 |
| 2019 | $32,900 | $130,400 | $163,300 | $32,900 | $130,400 | $163,300 |
| 2018 | $32,900 | $130,400 | $163,300 | $32,900 | $130,400 | $163,300 |
| 2017 | $32,900 | $119,300 | $152,200 | $32,900 | $119,300 | $152,200 |
| 2002 | $12,110 | $59,551 | $71,661 | | | |

| | |
|---|---|
| Flood Zone in Center of Parcel: | X |
| Flood Code Desc: | Zone X-An Area That Is Determined To Be Outside The 100- And 500-Year Floodplains. |
| Flood Zone Panel: | 42001C0315D    Panel Date:    02/18/2009 |
| Special Flood Hazard Area (SFHA): | Out |
| Within 250 feet of multiple flood zone: | No |

---

**155 Filbert St, Hanover, PA 17331**    Closed | 05/22/17    Residential    $189,900



| | | | |
|---|---|---|---|
| MLS #: | 1003013295 | Beds: | 3 |
| Tax ID #: | 0108010006800000 | Baths: | 2 / 1 |
| Ownership Interest: | Fee Simple | Above Grade Fin SQFT: | 1,128 |
| Structure Type: | Detached | Price / Sq Ft: | 168.35 |
| Levels/Stories: | 2 | Year Built: | 1986 |
| Waterfront: | No | Style: | Split Level |
| Garage: | No | Central Air: | Yes |
| | | Basement: | Yes |

### Location

| | | | |
|---|---|---|---|
| County: | Adams, PA | School District: | Conewago Valley |
| MLS Area: | Conewago Twp - Adams County (14308) | High School: | New Oxford |
| Subdiv / Neigh: | NONE AVAILABLE | | |

### Taxes and Assessment

| | | | | | |
|---|---|---|---|---|---|
| School Tax: | $1,856 | | Tax Assessed Value: | $153,000 | |
| County Tax: | $600 / Annually | | | | |
| City/Town Tax: | $308 / Annually | | | | |
| Loss Mitigation Fee: | No | | | | |
| Zoning: | RESIDENTIAL | | | | |
| Zoning Description: | Residential | | | | |

### Rooms

| | | | | Bed | Bath |
|---|---|---|---|---|---|
| Bedroom: | Upper 1 | 13 x 12 | | Upper 1 | 2 Full |
| Bedroom: | Upper 1 | 10 x 15 | | | |
| Bedroom: | Upper 1 | 11 x 10 | | | |
| Family Room: | Lower 3 | 17 x 25 | | | |
| Kitchen: | Main | 10 x 18 | | | |
| Living Room: | Main | 15 x 18 | | | |
| Family Room: | Unknown Fireplace - Other | | | | |

### Building Info

| | | | | |
|---|---|---|---|---|
| Above Grade Fin SQFT: | 1,128 | | Construction Materials: | Brick, Stick Built |
| Below Grade Fin SQFT: | 500 | | Roof: | Asphalt, Shingle |
| Total Below Grade SQFT: | 500 | | | |
| Total Fin SQFT: | 1,628 / Assessor | | | |
| Total SQFT: | 1,628 | | | |
| Basement Type: | Partial | | | |

### Lot

| | | | | |
|---|---|---|---|---|
| Lot Acres / SQFT: | 0.27a / Estimated | | Lot Features: | Cleared |

### Parking

| | | | | |
|---|---|---|---|---|
| Total Parking Spaces | Unknown | | Features: | Off Street |

### Interior Features

| | |
|---|---|
| Interior Features: | No Fireplace, Gas/Propane; Built-In Microwave, Dishwasher, Dryer, Oven - Single, Refrigerator, Washer |

### Exterior Features

| | |
|---|---|
| Exterior Features: | Pool: No Pool; Other Structures: Shed |

### Utilities

| | |
|---|---|
| Utilities: | Central A/C; Heating: Forced Air; Heating Fuel: Natural Gas; Water Source: Public; Sewer: Public Sewer |

### Remarks

| | |
|---|---|
| Public: | Hanover Charmer! This well maintained home features an easy floor plan with 3 BR, 2.5 BA, and is situated o level lot with storage shed & great curb appeal. Updated Country style kitchen with tile floors & stainless stee appliances plus plenty of cabinet/counter space. Family room w/gas fireplace and carpeted flooring, Master Bedroom with private full bath, and large deck for summertime enjoyment! Don't miss this fine home, call today! |

### Directions

From Hanover Sq - Frederick St, R Blettner, R Filbert - Prop

### Listing Details

| | | | | |
|---|---|---|---|---|
| Original Price: | $193,900 | | DOM: | 299 |
| Vacation Rental: | No | | Off Market Date: | 05/22/17 |
| Listing Term Begins: | 06/26/2016 | | | |
| Possession: | Settlement | | | |
| Acceptable Financing: | Conventional, FHA, VA | | | |

### Sale/Lease Contract

| | | | | |
|---|---|---|---|---|
| Concessions: | Yes | | Concessions Amount: | $9,267 |
| Agreement of Sale Dt: | 04/19/17 | | Close Date: | 05/22/17 |
| | | | Close Price: | $189,900.00 |

155 Filbert St, Hanover, PA 17331　　　　Conewago Twp - Adams County (14308)

### Property History

| Source | Category | Status | Date | Price | Owner |
|---|---|---|---|---|---|
| Public Records | | Record Date | 05/25/2017 | $189,900 | Scottl Krumrine Jr & Rachel L Krumrine |
| Public Records | | Record Date | 12/30/1987 | $70,900 | Joseph S & Mary M Pickett |
| Public Records | | | | $ | Joseph A Myers Real Estate |

### MLS History Details

| | | | |
|---|---|---|---|
| MLS#: 1003013295 | Price Increase | 05/22/17 | $189,900 |
| Prop. Type: Residential | Final Closed Price | 05/22/17 | $189,900 |
| DOM / CDOM: 299 / 299 | Closed | 05/22/17 | |
| Listing Office: House Broker Realty LLC | Pending | 04/19/17 | |
| | Price Decrease | 03/22/17 | $185,900 |
| | Back to Active | 03/22/17 | |
| | Expired | 03/22/17 | |
| | Price Decrease | 10/11/16 | $189,900 |
| | New Active | 06/27/16 | |
| | New Listing | 06/26/16 | $193,900 |


front


rear


SHED CLS


FRONT


REAR


SHED CLS



Sketch Information:
TaxID: 08010-0068---000
Address:
155 FILBERT ST Hanover PA
17331-8827 Conewago Twp
Vector Data:
S-1U,U026,R022,D026,L022,E---,R022,S-1,U026,R018,D026,L018,E---,S-1,R022,D002,L022
E---,U026,S-1,U002,R022,D002,L022,E---,R022,S-S,R004,D004,L004,U004,E---,U026,R023
U016,R016,D016,L016,E---
Room Information:
S-1U : One story over unfinished living area (bi-levels or split-levels)
    Area : 572 sq. ft.
S-1 : One-story or enclosed porch used as living area (heated)
    Area : 468 sq. ft.
S-1 : One-story or enclosed porch used as living area (heated)
    Area : 44 sq. ft.
S-1 : One-story or enclosed porch used as living area (heated)
    Area : 44 sq. ft.
S-S : Slap; stoop; patio
    Area : 16 sq. ft.
S-D : Deck
    Area : 256 sq. ft.



Sketch Information:
TaxID: 08010-0068---000
Address:
155 FILBERT ST Hanover PA
17331-8827 Conewago Twp
Vector Data:
S-1L,U026,R022,D026,L022,E---,R022,S-1,U026,R018,D026,L018,E---,S-1,R022,D002,L022
E---,U026,S-1,U002,R022,D002,L022,E---,R022,S-S,R004,D004,L004,U004,E---,U026,R023
U016,R016,D016,L016,E---
Room Information:
S-1L : One story over finished lower level
      Area : 572 sq. ft.
S-1 : One-story or enclosed porch used as living area (heated)
      Area : 468 sq. ft.
S-1 : One-story or enclosed porch used as living area (heated)
      Area : 44 sq. ft.
S-1 : One-story or enclosed porch used as living area (heated)
      Area : 44 sq. ft.
S-S : Slap; stoop; patio
      Area : 16 sq. ft.
S-D : Deck
      Area : 256 sq. ft.




# Client Full

**16 Butternut Ln, Hanover, PA 17331**　　Closed | 05/30/23　　Residential　　🏠 $221,000




| | | | |
|---|---|---|---|
| MLS #: | PAAD2008744 | Beds: | 2 |
| Tax ID #: | 08009-0294---000 | Baths: | 2 |
| Ownership Interest: | Fee Simple | Above Grade Fin SQFT: | 1,056 / Assessor |
| Structure Type: | Detached | Price / Sq Ft: | 209.28 |
| Levels/Stories: | 2 | Year Built: | 2000 |
| Furnished: | No | Property Condition: | Very Good, Good |
| Waterfront: | No | Style: | Split Foyer |
| Garage: | No | Central Air: | Yes |
| | | Basement: | No |

## Location

| | | | |
|---|---|---|---|
| County: | Adams, PA | School District: | Conewago Valley |
| MLS Area: | Conewago Twp - Adams County (14308) | | |
| Subdiv / Neigh: | HANOVER | | |

## Taxes and Assessment

| | | | |
|---|---|---|---|
| Tax Annual Amt / Year: | $3,235 / 2022 | Tax Assessed Value: | $151,900 / 2023 |
| School Tax: | $2,256 | Imprv. Assessed Value: | $119,400 |
| County Tax: | $674 / Annually | Land Assessed Value: | $32,500 |
| City/Town Tax: | $305 / Annually | Historic: | No |
| Clean Green Assess: | No | Land Use Code: | 101 |
| Agricultural Tax Due: | No | Block/Lot: | 0294 |
| Zoning: | RES | | |

## Rooms

| | | | Bed | Bath |
|---|---|---|---|---|
| Kitchen: | Main | Main | 2 | 1 Full |
| Living Room: | Main | Lower 1 | | 1 Full |
| Bedroom 1: | Main | | | |
| Bedroom 2: | Main | | | |
| Bathroom 1: | Main | | | |
| Bedroom 3: | Lower 1 | | | |
| Bathroom 2: | Lower 1 | | | |
| Utility Room: | Lower 1 | | | |
| Laundry: | Lower 1 | | | |
| Family Room: | Lower 1 | | | |

## Building Info

| | | | |
|---|---|---|---|
| Above Grade Fin SQFT: | 1,056 / Assessor | Construction Materials: | Brick, Vinyl Siding |
| Total Below Grade SQFT: | 24 / Assessor | Below Grade Unfin SQFT: | 24 / Assessor |
| Total Fin SQFT: | 1,056 / Assessor | Flooring Type: | Carpet, Ceramic Tile, Laminate Plank |
| Tax Total Fin SQFT: | 1,056 | Roof: | Asphalt |
| Total SQFT: | 1,080 / Assessor | | |
| Wall & Ceiling Types: | Dry Wall | | |
| Foundation Details: | Block | | |

## Lot

| | | | |
|---|---|---|---|
| Lot Acres / SQFT: | 0.22a / 9583sf / Assessor | Road: | Black Top / Boro/Township, City/County |
| Additional Parcels: | No | Lot Features: | Adjoins - Open Space, Backs - Open Common Area, Front Yard, Level, Rear Yard |

## Ground Rent

Ground R...

## Parking

| | | | |
|---|---|---|---|
| Driveway - # of Spaces | 2 | Features: | Driveway, On Street, Asphalt Driveway, Paved Driveway |
| Total Parking Spaces | 2 | | |

## Interior Features

Interior Features: Attic, Breakfast Area, Carpet, Ceiling Fan(s), Combination Kitchen/Dining, Dining Area, Floor Plan-Traditional, Kitchen - Country, Kitchen - Eat-In, Kitchen - Table Space; No Fireplace; Built-In Range, Dishwasher, Dryer, Oven/Range - Gas, Refrigerator, Washer; Accessibility Features: None; Smoke Detector; Door Features: Atrium, Insulated, Six Panel, Storm; Window Features: Double Hung, Double Pane, Insulated, Replacement, Screens, Vinyl Clad, Wood Frame; Basement Laundry, Laundry Hookup, Lower Floor Laundry, Main Floor Laundry

## Exterior Features

Exterior Features: Flood Lights, Other, Sidewalks; Deck(s), Porch(es); Pool: No Pool; Other Structures: Shed

## Utilities

Utilities: Cable TV, Natural Gas Available, Under Ground; Central A/C; Cooling Fuel: Electric; Electric Service: Underground; Heating: Forced Air; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Sewer; Internet Services: Cable, Other

## Remarks

Public: Must see this home, move in condition. Lower level not finished with full bath and ruff in 3rd bedroom and family room.

## Directions

GPS

## Listing Details

| | | | |
|---|---|---|---|
| Original Price: | $199,000 | DOM: | 4 |
| Vacation Rental: | No | Listing Terms: | As is Condition, Home Warranty |
| Sale Type: | Standard | Off Market Date: | 05/30/23 |
| Listing Term Begins: | 04/20/2023 | Lease Considered: | No |
| Possession: | Immediate, Negotiable, Settlement | Home Warranty: | Yes |
| Federal Flood Zone: | No | Pets Allowed: | Yes |
| Disclosures: | Exempt - Disclosure/Disclaimer | Pet Restrictions: | No Pet Restrictions |

## Sale/Lease Contract

| | | | |
|---|---|---|---|
| Concessions: | No | | |
| Agreement of Sale Dt: | 05/01/23 | Close Date: | 05/30/23 |
| Close Sale Type: | Standard Sale | Close Price: | $221,000.00 |

© BRIGHT MLS - Information, although reliable, is not guaranteed and should be independently verified. Measurements may not be exact and should not be relied upon. School service boundaries are intended to be used as a reference only, to verify school information contact the school and/or school district directly. The offer of compensation is made only to MLS participants under the MLS rules and reciprocal data share agreements. Copyright 2023. Created: 08/07/2023 02:21 PM



| 65 Dakota Dr, Hanover, PA 17331 | Closed | 07/05/23 | Residential | $251,000 |





Brushtown



Map data ©2023

| | | | |
|---|---|---|---|
| MLS #: | PAAD2008802 | Beds: | 3 |
| Tax ID #: | 08012-0080---000 | Baths: | 2 |
| Ownership Interest: | Fee Simple | Above Grade Fin SQFT: | 1,196 / Assessor |
| Structure Type: | Detached | Price / Sq Ft: | 209.87 |
| Levels/Stories: | 2 | Year Built: | 1999 |
| Waterfront: | No | Style: | Bi-Level, Split Foyer |
| Garage: | No | Central Air: | Yes |
| | | Basement: | Yes |

### Location
| | | | |
|---|---|---|---|
| County: | Adams, PA | School District: | Conewago Valley |
| MLS Area: | Conewago Twp - Adams County (14308) | | |
| Subdiv / Neigh: | INDIAN RIDGE | | |

### Taxes and Assessment
| | | | |
|---|---|---|---|
| Tax Annual Amt / Year: | $3,736 / 2022 | Tax Assessed Value: | $175,400 / 2023 |
| School Tax: | $2,605 | Imprv. Assessed Value: | $139,100 |
| County Tax: | $778 / Annually | Land Assessed Value: | $36,300 |
| City/Town Tax: | $352 / Annually | Land Use Code: | 101 |
| Clean Green Assess: | No | Block/Lot: | 0080 |
| Zoning: | RESIDENTIAL | | |

### Rooms
| | Bed | Bath |
|---|---|---|
| Main | 3 | 2 Full |

### Building Info
| | | | |
|---|---|---|---|
| Above Grade Fin SQFT: | 1,196 / Assessor | Construction Materials: | Brick, Vinyl Siding |
| Total Fin SQFT: | 1,196 / Assessor | | |
| Tax Total Fin SQFT: | 1,196 | | |
| Total SQFT: | 1,196 / Assessor | | |
| Foundation Details: | Block | | |
| Basement Type: | Combination, Partially Finished, Sump Pump | | |

### Lot
| | |
|---|---|
| Lot Acres / SQFT: | 0.19a / 8276sf / Assessor |

### Parking
| | | | |
|---|---|---|---|
| Total Parking Spaces | Unknown | Features: | Driveway, On Street |

### Interior Features
| | |
|---|---|
| Interior Features: | Built-Ins, Ceiling Fan(s), Combination Kitchen/Living, Recessed Lighting; Dishwasher, Oven/Range - Gas, Refrigerator; Accessibility Features: None; Door Features: Sliding Glass |

### Exterior Features
| | |
|---|---|
| Exterior Features: | Awning(s), Exterior Lighting, Sidewalks; Deck(s); Pool: No Pool |

### Utilities
| | |
|---|---|
| Utilities: | Natural Gas Available; Central A/C; Cooling Fuel: Electric; Heating: Forced Air; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Sewer |

### Remarks
| | |
|---|---|
| Inclusions: | Kitchen refrigerator, oven/stove, range hood, microwave, dishwasher. Washer/dryer Negotiable. |
| Public: | Welcome Home! Lovely 3 Bedroom, 2 Full Bath home with favored Open Layout and Cathedral Ceiling in Dining/Living Room awaits! Updated Eat-in Kitchen with Farmhouse style Oak Cabinetry, Recessed Lighting, and New Center Island. Freshly painted Master Bedroom features Private Bath and plenty of space. Fully Remodeled Master Bath w/ Step-in Shower, new vanity, & lighting. Remodeled 2nd Full Bath w/new vanity, |

mirrored cabinet, lighting, etc. Enjoy coffee and favorite grilled meals on deck, under 8'x10' Sun Setter Awning, featuring Newer 11'x16' Trex Deck. Spacious Yard, perfect for your favorite pets, outdoor play equipment, or entertaining guests. Home is located in desired neighborhood in Conewago Valley School District, with No HOA! Huge storage areas in basement. Partially finished large entertainment room in basement awaits your special touches! Don't miss this one- schedule your showing today!

## Directions
From Hanover Square: Head South on Frederick St./194 S for a 0.1 mile & turn Rt onto High St./116W. Continue straight for 1.6 miles. At traffic light, turn L to continue on 116W for 1.2 miles. Turn R onto Centennial Rd. for a 0.3 mile; make a L onto Dakota Drive. House sits on Rt.

## Listing Details

| | | | |
|---|---|---|---|
| Original Price: | $244,900 | DOM: | 4 |
| Vacation Rental: | No | Off Market Date: | 07/05/23 |
| Sale Type: | Standard | | |
| Listing Term Begins: | 04/29/2023 | | |
| Possession: | Settlement | | |
| Acceptable Financing: | Conventional, FHA, VA | | |
| Federal Flood Zone: | No | | |

## Sale/Lease Contract

| | | | |
|---|---|---|---|
| Concessions: | No | | |
| Agreement of Sale Dt: | 05/21/23 | Close Date: | 07/05/23 |
| Close Sale Type: | Standard Sale | Close Price: | $251,000.00 |

© BRIGHT MLS - Information, although reliable, is not guaranteed and should be independently verified. Measurements may not be exact and should not be relied upon. School service boundaries are intended to be used as a reference only, to verify school information contact the school and/or school district directly. The offer of compensation is made only to MLS participants under the MLS rules and reciprocal data share agreements. Copyright 2023. Created: 08/07/2023 02:21 PM






| | | | |
|---|---|---|---|
| MLS #: | PAAD2008192 | Beds: | 3 |
| Tax ID #: | 08012-0032---000 | Baths: | 2 |
| Ownership Interest: | Fee Simple | Above Grade Fin SQFT: | 1,180 / Assessor |
| Structure Type: | Detached | Price / Sq Ft: | 245.76 |
| Levels/Stories: | 4 | Year Built: | 1999 |
| Waterfront: | No | Style: | Split Level |
| Garage: | No | Central Air: | Yes |
| | | Basement: | Yes |

### Location

| | | | |
|---|---|---|---|
| County: | Adams, PA | School District: | Conewago Valley |
| MLS Area: | Conewago Twp - Adams County (14308) | | |
| Subdiv / Neigh: | INDIAN RIDGE | | |

### Taxes and Assessment

| | | | |
|---|---|---|---|
| Tax Annual Amt / Year: | $3,979 / 2022 | Tax Assessed Value: | $186,800 / 2022 |
| School Tax: | $2,774 | Imprv. Assessed Value: | $148,300 |
| County Tax: | $829 / Annually | Land Assessed Value: | $38,500 |
| City/Town Tax: | $375 / Annually | Land Use Code: | 101 |
| Clean Green Assess: | No | Block/Lot: | 0032 |
| Zoning: | RESIDENTIAL | | |

### Rooms

| | | | | Bed | Bath |
|---|---|---|---|---|---|
| Bathroom 1: | Upper 1 | 6 x 8 | | Upper 1    3 | 2 Full |
| Bedroom 1: | Upper 1 | 10 x 11 | | | |
| Bedroom 2: | Upper 1 | 9 x 14 | | | |
| Primary Bedroom: | Upper 1 | 12 x 13 | | | |
| Primary Bathroom: | Upper 1 | | | | |
| Kitchen: | Main | 19 x 11, Flooring - Laminate, Kitchen - Gas Cooking | | | |
| Living Room: | Main | 13 x 19, Flooring - Laminate | | | |
| Family Room: | Lower 1 | 23 x 17, Basement - Finished, Flooring - Carpet, Wet Bar | | | |
| Basement: | Lower 2 | Basement - Unfinished, Built-Ins | | | |

### Building Info

| | | | |
|---|---|---|---|
| Above Grade Fin SQFT: | 1,180 / Assessor | Construction Materials: | Vinyl Siding |
| Below Grade Fin SQFT: | 572 / Estimated | Below Grade Unfin SQFT: | 520 / Assessor |
| Total Below Grade SQFT: | 1,092 / Estimated | Flooring Type: | Carpet, Ceramic Tile, Laminate Plank |
| Total Fin SQFT: | 1,752 / Estimated | Roof: | Architectural Shingle |
| Tax Total Fin SQFT: | 1,180 | | |
| Total SQFT: | 2,272 / Estimated | | |
| Foundation Details: | Block | | |
| Basement Type: | Other, Partially Finished, Rear Entrance, Rough Bath Plumb, Walkout Level, Windows | | |

### Lot

| | |
|---|---|
| Lot Acres / SQFT: | 0.23a / 10019sf / Assessor |
| Fencing: | Privacy, Vinyl |

### Parking

| | | | |
|---|---|---|---|
| Total Parking Spaces | Unknown | Features: | Driveway, On Street |

### Interior Features

Interior Features:   Kitchen - Eat-In, Other, Wet/Dry Bar, WhirlPool/HotTub; Accessibility Features: Level Entry - Main; Basement

## Exterior Features
**Exterior Features:** Outbuilding(s); Deck(s); Pool: Yes - Personal; Personal Pool Features: Above Ground Pool, Fenced Pool; Other Structures: Shed

## Utilities
**Utilities:** Central A/C; Cooling Fuel: Electric; Heating: Forced Air; Heating Fuel: Natural Gas; Hot Water: Electric; Water Source: Public; Sewer: Public Sewer

## Remarks
**Inclusions:** Kitchen refrigerator, washer, dryer, family room fridge & microwave, hot tub, pool supplies including robotic vacuum

**Exclusions:** All child/pet gates, Primary Bath shower system (will be replaced with standard shower head)

**Public:** Welcome to the former model home of the neighborhood boasting 3 bedrooms, 2 full bathrooms & half bath rough in! Three finished levels of living space with an additional lower level for your laundry, workbench/hobbies & convenient storage! ENJOY your fenced in backyard from your composite deck or by splashing your summers away in the pool or hot tub! Multiple varieties of plantings provide visual pleasure & privacy and even include a certified natural habitat designation! Eat-in Kitchen with gas range opens with a French door to your deck and yard. Finished lower level family room features new carpet with tile finishes next to French door walk out and wet bar with fridge & microwave included. The rough in half bath is adjoining! New carpet 2023, NEW ROOF with transferable warranty 2022, New vinyl privacy fence 2021, New pool liner 2021, New pool pump 2020, New attic insulation 2020, New furnace, & AC 2020! You'll love the proximity to both quiet streets and yet still within walking distance to the grocery store! This house offers both needs & wants in YOUR next place to call HOME! Schedule your showing appointment today!

## Directions
From US-30 E, turn right onto Centennial Rd, right onto Dakota Dr, left onto Apache Pass, destination will be on the left.

## Listing Details
| | | | |
|---|---|---|---|
| Original Price: | $299,000 | DOM: | 18 |
| Vacation Rental: | No | Off Market Date: | 05/08/23 |
| Sale Type: | Standard | | |
| Listing Term Begins: | 03/05/2023 | | |
| Possession: | 31-60 Days CD, Settlement | | |
| Acceptable Financing: | Cash, Conventional, FHA | | |
| Federal Flood Zone: | No | | |

## Sale/Lease Contract
| | | | |
|---|---|---|---|
| Concessions: | Yes | Concessions Amount: | $4,000 |
| Agreement of Sale Dt: | 03/25/23 | Close Date: | 05/08/23 |
| Close Sale Type: | Standard Sale | Close Price: | $290,000.00 |

© BRIGHT MLS - Information, although reliable, is not guaranteed and should be independently verified. Measurements may not be exact and should not be relied upon. School service boundaries are intended to be used as a reference only, to verify school information contact the school and/or school district directly. The offer of compensation is made only to MLS participants under the MLS rules and reciprocal data share agreements. Copyright 2023. Created: 08/07/2023 02:21 PM

