# Verizon Maryland LLC

1710 Underpass Way
Hagerstown MD 21740
1-800-932-7947

| Pay Group: | B2 - B2 Weekly | | |
|---|---|---|---|
| Pay Begin Date: | 08/20/2023 | Advice #: | 48756641 |
| Pay End Date: | 08/26/2023 - On-Line Check - | Advice Date: | 09/01/2023 |

| | | | | | |
|---|---|---|---|---|---|
| Scott Krumrine JR | Employee ID: | 2569489 | TAX DATA: | Federal | PA State | MD State |
| 155 Filbert Street | Mail Drop: | H00000000 | Marital Status: | Single | N/A | Married |
| Hanover PA 17331 | Location: | 3510 S Chevrolet Dr | Allowances: | 0 | 0 | 0 |
| | Cycle Rate: | 1732.5 | Addl. Pct.: | 0 | 0 | 0 |
| | | | Addl. Amt.: | 0 | 0 | 0 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 08/20/2023-08/26/2023 | | | | | |
| Regular Pay | 43.312632 | 28.50 | 1,234.41 | 888.75 | 37,491.48 |
| OT Paid @ 1.5 | 64.973333 | 2.25 | 146.19 | 73.75 | 4,649.38 |
| Basic Wages Non Prod | 43.314286 | 3.50 | 151.60 | 57.50 | 2,421.94 |
| **YTD HISTORY:** | | | | | |
| Corp Profit Share | | | | | 700.00 |
| OT Adjustment 50% | | | | | 6.08 |
| OT Adjustment 100% | | | | | 2.13 |
| Empl Inc Award Total | | | | | 213.79 |
| Excused Day Off | | | | 28.00 | 1,166.18 |
| Holiday | | | | 48.00 | 2,012.50 |
| OT Paid @ 1.0 | | | | 18.50 | 770.54 |
| Prior Yr OT Adjustment | | | | | 39.37 |
| OT Paid @ 2.0 | | | | 10.00 | 833.00 |
| Regular Pay @ 1.5 | | | | 11.75 | 734.09 |
| Regular Pay @ 2.0 | | | | 4.00 | 333.17 |
| Short Sickness AP | | | | 80.00 | 3,332.01 |
| Stock Together Award | | | | | 1,919.97 |
| Sunday Premium Pay | | | | 63.00 | 3,953.41 |
| Vacation | | | | 96.00 | 3,998.39 |
| **Total:** | | | 1,532.20 | | 64,577.43 |

## TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 148.15 | 1,349.93 | 6,318.71 | 58,575.73 |
| Fed MED/EE | 21.09 | 1,453.88 | 901.27 | 62,156.23 |
| Fed OASDI/EE | 90.14 | 1,453.88 | 3,853.69 | 62,156.23 |
| MD Withholdng | 91.06 | 1,349.93 | 3,349.82 | 58,575.73 |
| PA Withholdng | 44.61 | 1,453.20 | 1,907.47 | 62,132.43 |
| **Total:** | 395.05 | | 16,330.96 | |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Before Tax | 103.95 | 3,580.50 |
| Before-Tax Medical | 79.00 | 2,765.00 |
| **Total:** | 182.95 | 6,345.50 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Spousal Support | 256.92 | 8,992.20 |
| Sav Plan Loan 6 | 67.74 | 2,235.42 |
| Sav Plan Loan 5 | 39.74 | 1,311.42 |
| Union Dues | 22.52 | 775.80 |
| STP Net Pay Adjustment | | 1,138.14 |
| **Total:** | 386.92 | 14,452.98 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 0.68 | 23.80 |
| Empl Inc Award Total | | 127.82 |
| Referup Taxable Award* | | 320.00 |
| *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,532.20 | 1,349.93 | 395.05 | 569.87 | 567.28 |
| YTD: | 64,577.43 | 58,575.73 | 16,330.96 | 20,798.48 | 27,320.17 |

## NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct# | XXXXXX3760 | 567.28 |
| Total: | | 567.28 |

**MESSAGE:**
Regular Pay: 08/20/23-08/26/23. Exception Pay: 08/20/23-08/26/23.

**Verizon Maryland LLC**

1710 Underpass Way
Hagerstown MD 21740
1-800-932-7947

| Pay Group: | B2 - B2 Weekly | | |
|---|---|---|---|
| Pay Begin Date: | 08/27/2023 | Advice #: | 48789307 |
| Pay End Date: | 09/02/2023 | - On-Line Check - Advice Date: | 09/08/2023 |

| | | | | | |
|---|---|---|---|---|---|
| Scott Krumrine JR | Employee ID: | 2569489 | TAX DATA: | Federal | PA State | MD State |
| 155 Filbert Street | Mail Drop: | H00000000 | Marital Status: | Single | N/A | Married |
| Hanover PA 17331 | Location: | 3510 S Chevrolet Dr | Allowances: | 0 | 0 | 0 |
| | Cycle Rate: | 1732.5 | Addl. Pct.: | 0 | 0 | 0 |
| | | | Addl. Amt.: | 0 | 0 | 0 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 08/27/2023-09/02/2023 | | | | | |
| Regular Pay | 43.312479 | 29.25 | 1,266.89 | 918.00 | 38,758.37 |
| OT Paid @ 1.5 | 64.965714 | 1.75 | 113.69 | 75.50 | 4,763.07 |
| Basic Wages Non Prod | 43.310000 | 1.00 | 43.31 | 58.50 | 2,465.25 |
| Excused Day Off | 43.312500 | 4.00 | 173.25 | 32.00 | 1,339.43 |
| **YTD HISTORY:** | | | | | |
| Corp Profit Share | | | | | 700.00 |
| OT Adjustment 50% | | | | | 6.08 |
| OT Adjustment 100% | | | | | 2.13 |
| Empl Inc Award Total | | | | | 213.79 |
| Holiday | | | | 48.00 | 2,012.50 |
| OT Paid @ 1.0 | | | | 18.50 | 770.54 |
| Prior Yr OT Adjustment | | | | | 39.37 |
| OT Paid @ 2.0 | | | | 10.00 | 833.00 |
| Regular Pay @ 1.5 | | | | 11.75 | 734.09 |
| Regular Pay @ 2.0 | | | | 4.00 | 333.17 |
| Short Sickness AP | | | | 80.00 | 3,332.01 |
| Stock Together Award | | | | | 1,919.97 |
| Sunday Premium Pay | | | | 63.00 | 3,953.41 |
| Vacation | | | | 96.00 | 3,998.39 |
| **Total:** | | | 1,597.14 | | 66,174.57 |

### TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 162.43 | 1,414.87 | 6,481.14 | 59,990.60 |
| Fed MED/EE | 22.02 | 1,518.82 | 923.29 | 63,675.05 |
| Fed OASDI/EE | 94.16 | 1,518.82 | 3,947.85 | 63,675.05 |
| MD Withholdng | 95.61 | 1,414.87 | 3,445.43 | 59,990.60 |
| PA Withholdng | 46.61 | 1,518.14 | 1,954.08 | 63,650.57 |
| **Total:** | 420.83 | | 16,751.79 | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Before Tax | 103.95 | 3,684.45 |
| Before-Tax Medical | 79.00 | 2,844.00 |
| **Total:** | 182.95 | 6,528.45 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Spousal Support | 256.92 | 9,249.12 |
| Sav Plan Loan 6 | 67.74 | 2,303.16 |
| Sav Plan Loan 5 | 39.74 | 1,351.16 |
| Union Dues | 22.52 | 798.32 |
| STP Net Pay Adjustment | | 1,138.14 |
| **Total:** | 386.92 | 14,839.90 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 0.68 | 24.48 |
| Empl Inc Award Total | | 127.82 |
| Referup Taxable Award* | | 320.00 |
| *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,597.14 | 1,414.87 | 420.83 | 569.87 | 606.44 |
| YTD: | 66,174.57 | 59,990.60 | 16,751.79 | 21,368.35 | 27,926.61 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct# | XXXXXX3760 | 606.44 |
| Total: | | 606.44 |

**MESSAGE:**
Regular Pay: 08/27/23-09/02/23. Exception Pay: 08/27/23-09/02/23.

# Verizon Maryland LLC

1710 Underpass Way
Hagerstown MD 21740
1-800-932-7947

| Pay Group: | B2 - B2 Weekly | | |
|---|---|---|---|
| Pay Begin Date: | 09/03/2023 | Advice #: | 48808501 |
| Pay End Date: | 09/09/2023 - On-Line Check - | Advice Date: | 09/15/2023 |

| | | | |
|---|---|---|---|
| Scott Krumrine JR | Employee ID: 2569489 | | |
| 155 Filbert Street | Mail Drop: H00000000 | | |
| Hanover PA 17331 | Location: 3510 S Chevrolet Dr | | |
| | Cycle Rate: 1732.5 | | |

| TAX DATA: | Federal | PA State | MD State |
|---|---|---|---|
| Marital Status: | Single | N/A | Married |
| Allowances: | 0 | 0 | 0 |
| Addl. Pct.: | 0 | 0 | 0 |
| Addl. Amt.: | 0 | 0 | 0 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 09/03/2023-09/09/2023 | | | | | |
| Regular Pay | 43.312542 | 14.75 | 638.86 | 932.75 | 39,397.23 |
| Basic Wages Non Prod | 43.312000 | 1.25 | 54.14 | 59.75 | 2,519.39 |
| Holiday | 43.312500 | 8.00 | 346.50 | 56.00 | 2,359.00 |
| **YTD HISTORY:** | | | | | |
| OT Paid @ 1.5 | | | | 75.50 | 4,763.07 |
| Corp Profit Share | | | | | 700.00 |
| OT Adjustment 50% | | | | | 6.08 |
| OT Adjustment 100% | | | | | 2.13 |
| Empl Inc Award Total | | | | | 213.79 |
| Excused Day Off | | | | 32.00 | 1,339.43 |
| OT Paid @ 1.0 | | | | 18.50 | 770.54 |
| Prior Yr OT Adjustment | | | | | 39.37 |
| OT Paid @ 2.0 | | | | 10.00 | 833.00 |
| Regular Pay @ 1.5 | | | | 11.75 | 734.09 |
| Regular Pay @ 2.0 | | | | 4.00 | 333.17 |
| Short Sickness AP | | | | 80.00 | 3,332.01 |
| Stock Together Award | | | | | 1,919.97 |
| Sunday Premium Pay | | | | 63.00 | 3,953.41 |
| Vacation | | | | 96.00 | 3,998.39 |
| **Total:** | | | 1,039.50 | | 67,214.07 |

## TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 66.68 | 857.23 | 6,547.82 | 60,847.83 |
| Fed MED/EE | 13.94 | 961.18 | 937.23 | 64,636.23 |
| Fed OASDI/EE | 59.60 | 961.18 | 4,007.45 | 64,636.23 |
| MD Withholdng | 56.57 | 857.23 | 3,502.00 | 60,847.83 |
| PA Withholdng | 29.49 | 960.50 | 1,983.57 | 64,611.07 |
| **Total:** | 226.28 | | 16,978.07 | |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Before Tax | 103.95 | 3,788.40 |
| Before-Tax Medical | 79.00 | 2,923.00 |
| **Total:** | 182.95 | 6,711.40 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Spousal Support | 256.92 | 9,506.04 |
| Sav Plan Loan 6 | 67.74 | 2,370.90 |
| Sav Plan Loan 5 | 39.74 | 1,390.90 |
| Union Dues | 22.52 | 820.84 |
| STP Net Pay Adjustment | | 1,138.14 |
| **Total:** | 386.92 | 15,226.82 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 0.68 | 25.16 |
| Empl Inc Award Total | | 127.82 |
| Referup Taxable Award* | | 320.00 |
| *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,039.50 | 857.23 | 226.28 | 569.87 | 243.35 |
| YTD: | 67,214.07 | 60,847.83 | 16,978.07 | 21,938.22 | 28,169.96 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct# | XXXXXX3760 | 243.35 |
| Total: | | 243.35 |

**MESSAGE:**
Regular Pay: 09/03/23-09/09/23. Exception Pay: 09/03/23-09/09/23.

# Verizon Maryland LLC

1710 Underpass Way  
Hagerstown MD 21740  
1-800-932-7947

| Pay Group: | B2 - B2 Weekly | | |
|---|---|---|---|
| Pay Begin Date: | 09/10/2023 | Advice #: | 48839984 |
| Pay End Date: | 09/16/2023  - On-Line Check - | Advice Date: | 09/22/2023 |

| | | | |
|---|---|---|---|
| Scott Krumrine JR | Employee ID: 2569489 | | |
| 155 Filbert Street | Mail Drop: H00000000 | | |
| Hanover PA 17331 | Location: 3510 S Chevrolet Dr | | |
| | Cycle Rate: 1732.5 | | |

| TAX DATA: | Federal | PA State | MD State |
|---|---|---|---|
| Marital Status: | Single | N/A | Married |
| Allowances: | 0 | 0 | 0 |
| Addl. Pct.: | 0 | 0 | 0 |
| Addl. Amt.: | 0 | 0 | 0 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| **09/10/2023-09/16/2023** | | | | | |
| Regular Pay | 43.312308 | 19.50 | 844.59 | 952.25 | 40,241.82 |
| OT Paid @ 1.5 | 64.980000 | 0.50 | 32.49 | 76.00 | 4,795.56 |
| Basic Wages Non Prod | 43.312632 | 9.50 | 411.47 | 69.25 | 2,930.86 |
| **YTD HISTORY:** | | | | | |
| Corp Profit Share | | | | | 700.00 |
| OT Adjustment 50% | | | | | 6.08 |
| OT Adjustment 100% | | | | | 2.13 |
| Empl Inc Award Total | | | | | 213.79 |
| Excused Day Off | | | | 32.00 | 1,339.43 |
| Holiday | | | | 56.00 | 2,359.00 |
| OT Paid @ 1.0 | | | | 18.50 | 770.54 |
| Prior Yr OT Adjustment | | | | | 39.37 |
| OT Paid @ 2.0 | | | | 10.00 | 833.00 |
| Regular Pay @ 1.5 | | | | 11.75 | 734.09 |
| Regular Pay @ 2.0 | | | | 4.00 | 333.17 |
| Short Sickness AP | | | | 80.00 | 3,332.01 |
| Stock Together Award | | | | | 1,919.97 |
| Sunday Premium Pay | | | | 63.00 | 3,953.41 |
| Vacation | | | | 96.00 | 3,998.39 |
| **Total:** | | | **1,288.55** | | **68,502.62** |

## TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 96.56 | 1,106.28 | 6,644.38 | 61,954.11 |
| Fed MED/EE | 17.54 | 1,210.23 | 954.77 | 65,846.46 |
| Fed OASDI/EE | 75.03 | 1,210.23 | 4,082.48 | 65,846.46 |
| MD Withholdng | 74.01 | 1,106.28 | 3,576.01 | 61,954.11 |
| PA Withholdng | 37.13 | 1,209.55 | 2,020.70 | 65,820.62 |
| **Total:** | **300.27** | | **17,278.34** | |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Before Tax | 103.95 | 3,892.35 |
| Before-Tax Medical | 79.00 | 3,002.00 |
| **Total:** | **182.95** | **6,894.35** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Spousal Support | 256.92 | 9,762.96 |
| Sav Plan Loan 6 | 67.74 | 2,438.64 |
| Sav Plan Loan 5 | 39.74 | 1,430.64 |
| Union Dues | 22.52 | 843.36 |
| STP Net Pay Adjustment | | 1,138.14 |
| **Total:** | **386.92** | **15,613.74** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 0.68 | 25.84 |
| Empl Inc Award Total | | 127.82 |
| Referup Taxable Award* | | 320.00 |
| *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,288.55 | 1,106.28 | 300.27 | 569.87 | 418.41 |
| YTD: | 68,502.62 | 61,954.11 | 17,278.34 | 22,508.09 | 28,588.37 |

## NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct# | XXXXXX9283 | 418.41 |
| Total: | | 418.41 |

**MESSAGE:**
Regular Pay: 09/10/23-09/16/23. Exception Pay: 09/10/23-09/16/23.

**Verizon Maryland LLC**

1710 Underpass Way
Hagerstown MD 21740

1-800-932-7947

| Pay Group: | B2 - B2 Weekly | | |
|---|---|---|---|
| Pay Begin Date: | 09/17/2023 | Advice #: | 48861729 |
| Pay End Date: | 09/23/2023 | - On-Line Check - Advice Date: | 09/29/2023 |

| | | | | |
|---|---|---|---|---|
| Scott Krumrine JR | Employee ID: | 2569489 | TAX DATA: | Federal PA State MD State |
| 155 Filbert Street | Mail Drop: | H00000000 | Marital Status: | Single N/A Married |
| Hanover PA 17331 | Location: | 3510 S Chevrolet Dr | Allowances: | 0 0 0 |
| | Cycle Rate: | 1732.5 | Addl. Pct.: | 0 0 0 |
| | | | Addl. Amt.: | 0 0 0 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 09/17/2023-09/23/2023 | | | | | |
| Basic Wages Non Prod | 43.312500 | 8.00 | 346.50 | 77.25 | 3,277.36 |
| **PRIOR PAY PERIOD:** | | | | | |
| 08/27/2023-09/02/2023 | | | | | |
| OT Adjustment 50% | 43.312500 | | 0.11 | | 6.61 |
| 08/20/2023-08/26/2023 | | | | | |
| OT Adjustment 50% | 43.312500 | | 0.19 | | |
| 08/06/2023-08/12/2023 | | | | | |
| OT Adjustment 50% | 43.312500 | | 0.05 | | |
| 07/30/2023-08/05/2023 | | | | | |
| OT Adjustment 50% | 43.312500 | | 0.18 | | |
| **YTD HISTORY:** | | | | | |
| Regular Pay | | | | 952.25 | 40,241.82 |
| OT Paid @ 1.5 | | | | 76.00 | 4,795.56 |
| Corp Profit Share | | | | | 700.00 |
| OT Adjustment 100% | | | | | 2.13 |
| Empl Inc Award Total | | | | | 213.79 |
| Excused Day Off | | | | 32.00 | 1,339.43 |
| Holiday | | | | 56.00 | 2,359.00 |
| OT Paid @ 1.0 | | | | 18.50 | 770.54 |
| Prior Yr OT Adjustment | | | | | 39.37 |
| OT Paid @ 2.0 | | | | 10.00 | 833.00 |
| Regular Pay @ 1.5 | | | | 11.75 | 734.09 |
| Regular Pay @ 2.0 | | | | 4.00 | 333.17 |
| Short Sickness AP | | | | 80.00 | 3,332.01 |
| Stock Together Award | | | | | 1,919.97 |
| Sunday Premium Pay | | | | 63.00 | 3,953.41 |
| Vacation | | | | 96.00 | 3,998.39 |
| **Total:** | | | 347.03 | | 68,849.65 |

## TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 6.01 | 294.71 | 6,650.39 | 62,248.82 |
| Fed MED/EE | 4.28 | 294.71 | 959.05 | 66,141.17 |
| Fed OASDI/EE | 18.27 | 294.71 | 4,100.75 | 66,141.17 |
| MD Withholdng | 17.54 | 294.71 | 3,593.55 | 62,248.82 |
| PA Withholdng | 9.03 | 294.03 | 2,029.73 | 66,114.65 |
| **Total:** | 55.13 | | 17,333.47 | |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Before-Tax Medical | 79.00 | 3,081.00 |
| Basic Before Tax | | 3,892.35 |
| **Total:** | 79.00 | 6,973.35 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Spousal Support | 145.95 | 9,908.91 |
| Union Dues | 22.52 | 865.88 |
| Sav Plan Loan 6 | | 2,438.64 |
| Sav Plan Loan 5 | | 1,430.64 |
| STP Net Pay Adjustment | | 1,138.14 |
| **Total:** | 168.47 | 15,782.21 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 0.68 | 26.52 |
| Referup Taxable Award* | 26.00 | 346.00 |
| Empl Inc Award Total | | 127.82 |
| *Taxable | | |

|  | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 347.03 | 294.71 | 55.13 | 247.47 | 44.43 |
| YTD: | 68,849.65 | 62,248.82 | 17,333.47 | 22,755.56 | 28,632.80 |

| NET PAY DISTRIBUTION | | |
|---|---|---|
| Checking Acct# | XXXXXX9283 | 44.43 |
| Total: | | 44.43 |

**MESSAGE:**

Regular Pay: 09/17/23-09/23/23. Exception Pay: 09/17/23-09/23/23.

# Verizon Maryland LLC

1710 Underpass Way
Hagerstown MD 21740
1-800-932-7947

| | |
|---|---|
| Pay Group: | B2 - B2 Weekly |
| Pay Begin Date: | 09/24/2023 |
| Pay End Date: | 09/30/2023 |
| | - On-Line Check - |
| Advice #: | 48894376 |
| Advice Date: | 10/06/2023 |

Scott Krumrine JR
155 Filbert Street
Hanover PA 17331

| | |
|---|---|
| Employee ID: | 2569489 |
| Mail Drop: | H00000000 |
| Location: | 3510 S Chevrolet Dr |
| Cycle Rate: | 1732.5 |

| TAX DATA: | Federal | PA State | MD State |
|---|---|---|---|
| Marital Status: | Single | N/A | Married |
| Allowances: | 0 | 0 | 0 |
| Addl. Pct.: | 0 | 0 | 0 |
| Addl. Amt.: | 0 | 0 | 0 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 09/24/2023-09/30/2023 | | | | | |
| Regular Pay | 43.312609 | 23.00 | 996.19 | 975.25 | 41,238.01 |
| OT Paid @ 1.5 | 64.966667 | 1.50 | 97.45 | 77.50 | 4,893.01 |
| Basic Wages Non Prod | 43.306667 | 0.75 | 32.48 | 78.00 | 3,309.84 |
| **YTD HISTORY:** | | | | | |
| Corp Profit Share | | | | | 700.00 |
| OT Adjustment 50% | | | | | 6.61 |
| OT Adjustment 100% | | | | | 2.13 |
| Empl Inc Award Total | | | | | 213.79 |
| Excused Day Off | | | | 32.00 | 1,339.43 |
| Holiday | | | | 56.00 | 2,359.00 |
| OT Paid @ 1.0 | | | | 18.50 | 770.54 |
| Prior Yr OT Adjustment | | | | | 39.37 |
| OT Paid @ 2.0 | | | | 10.00 | 833.00 |
| Regular Pay @ 1.5 | | | | 11.75 | 734.09 |
| Regular Pay @ 2.0 | | | | 4.00 | 333.17 |
| Short Sickness AP | | | | 80.00 | 3,332.01 |
| Stock Together Award | | | | | 1,919.97 |
| Sunday Premium Pay | | | | 63.00 | 3,953.41 |
| Vacation | | | | 96.00 | 3,998.39 |
| **Total:** | | | 1,126.12 | | 69,975.77 |

## TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 77.07 | 943.85 | 6,727.46 | 63,192.67 |
| Fed MED/EE | 15.19 | 1,047.80 | 974.24 | 67,188.97 |
| Fed OASDI/EE | 64.97 | 1,047.80 | 4,165.72 | 67,188.97 |
| MD Withholdng | 62.64 | 943.85 | 3,656.19 | 63,192.67 |
| PA Withholdng | 32.15 | 1,047.12 | 2,061.88 | 67,161.77 |
| **Total:** | 252.02 | | 17,585.49 | |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Before Tax | 103.95 | 3,996.30 |
| Before-Tax Medical | 79.00 | 3,160.00 |
| **Total:** | 182.95 | 7,156.30 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Spousal Support | 256.92 | 10,165.83 |
| Sav Plan Loan 6 | 67.74 | 2,506.38 |
| Sav Plan Loan 5 | 39.74 | 1,470.38 |
| Union Dues | 22.52 | 888.40 |
| STP Net Pay Adjustment | | 1,138.14 |
| **Total:** | 386.92 | 16,169.13 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 0.68 | 27.20 |
| Empl Inc Award Total | | 127.82 |
| Referup Taxable Award* | | 346.00 |

*Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,126.12 | 943.85 | 252.02 | 569.87 | 304.23 |
| YTD: | 69,975.77 | 63,192.67 | 17,585.49 | 23,325.43 | 28,937.03 |

## NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct# | XXXXXX9283 | 304.23 |
| Total: | | 304.23 |

**MESSAGE:**
Regular Pay: 09/24/23-09/30/23. Exception Pay: 09/24/23-09/30/23.

**Verizon Maryland LLC**

1710 Underpass Way
Hagerstown MD 21740
1-800-932-7947

| | |
|---|---|
| Pay Group: | B2 - B2 Weekly |
| Pay Begin Date: | 10/01/2023 |
| Pay End Date: | 10/07/2023 - On-Line Check - |
| Advice #: | 48913430 |
| Advice Date: | 10/13/2023 |

| | | | | | |
|---|---|---|---|---|---|
| Scott Krumrine JR | Employee ID: | 2569489 | TAX DATA: | Federal | PA State | MD State |
| 155 Filbert Street | Mail Drop: | H00000000 | Marital Status: | Single | N/A | Married |
| Hanover PA 17331 | Location: | 3510 S Chevrolet Dr | Allowances: | 0 | 0 | 0 |
| | Cycle Rate: | 1732.5 | Addl. Pct.: | 0 | 0 | 0 |
| | | | Addl. Amt.: | 0 | 0 | 0 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 10/01/2023-10/07/2023 | | | | | |
| Regular Pay | 43.312500 | 32.00 | 1,386.00 | 1,007.25 | 42,624.01 |
| OT Paid @ 1.5 | 64.960000 | 1.25 | 81.20 | 78.75 | 4,974.21 |
| **YTD HISTORY:** | | | | | |
| Basic Wages Non Prod | | | | 78.00 | 3,309.84 |
| Corp Profit Share | | | | | 700.00 |
| OT Adjustment 50% | | | | | 6.61 |
| OT Adjustment 100% | | | | | 2.13 |
| Empl Inc Award Total | | | | | 213.79 |
| Excused Day Off | | | | 32.00 | 1,339.43 |
| Holiday | | | | 56.00 | 2,359.00 |
| OT Paid @ 1.0 | | | | 18.50 | 770.54 |
| Prior Yr OT Adjustment | | | | | 39.37 |
| OT Paid @ 2.0 | | | | 10.00 | 833.00 |
| Regular Pay @ 1.5 | | | | 11.75 | 734.09 |
| Regular Pay @ 2.0 | | | | 4.00 | 333.17 |
| Short Sickness AP | | | | 80.00 | 3,332.01 |
| Stock Together Award | | | | | 1,919.97 |
| Sunday Premium Pay | | | | 63.00 | 3,953.41 |
| Vacation | | | | 96.00 | 3,998.39 |
| **Total:** | | | **1,467.20** | | **71,442.97** |

### TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 133.85 | 1,284.93 | 6,861.31 | 64,477.60 |
| Fed MED/EE | 20.14 | 1,388.88 | 994.38 | 68,577.85 |
| Fed OASDI/EE | 86.11 | 1,388.88 | 4,251.83 | 68,577.85 |
| MD Withholdng | 86.51 | 1,284.93 | 3,742.70 | 64,477.60 |
| PA Withholdng | 42.62 | 1,388.20 | 2,104.50 | 68,549.97 |
| **Total:** | **369.23** | | **17,954.72** | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Before Tax | 103.95 | 4,100.25 |
| Before-Tax Medical | 79.00 | 3,239.00 |
| **Total:** | **182.95** | **7,339.25** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Spousal Support | 256.92 | 10,422.75 |
| Sav Plan Loan 6 | 67.74 | 2,574.12 |
| Sav Plan Loan 5 | 39.74 | 1,510.12 |
| Union Dues | 22.52 | 910.92 |
| STP Net Pay Adjustment | | 1,138.14 |
| **Total:** | **386.92** | **16,556.05** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 0.68 | 27.88 |
| Empl Inc Award Total | | 127.82 |
| Referup Taxable Award* | | 346.00 |
| *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,467.20 | 1,284.93 | 369.23 | 569.87 | 528.10 |
| YTD: | 71,442.97 | 64,477.60 | 17,954.72 | 23,895.30 | 29,465.13 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct# | XXXXXX9283 | 528.10 |
| Total: | | 528.10 |

**MESSAGE:**

Regular Pay: 10/01/23-10/07/23. Exception Pay: 10/01/23-10/07/23.

# Verizon Maryland LLC

1710 Underpass Way
Hagerstown MD 21740
1-800-932-7947

| Pay Group: | B2 - B2 Weekly | | |
|---|---|---|---|
| Pay Begin Date: | 10/08/2023 | Advice #: | 48945934 |
| Pay End Date: | 10/14/2023  - On-Line Check - | Advice Date: | 10/20/2023 |

| | | | |
|---|---|---|---|
| Scott Krumrine JR | Employee ID: 2569489 | | |
| 155 Filbert Street | Mail Drop: H00000000 | | |
| Hanover PA 17331 | Location: 3510 S Chevrolet Dr | | |
| | Cycle Rate: 1732.5 | | |

| TAX DATA: | Federal | PA State | MD State |
|---|---|---|---|
| Marital Status: | Single | N/A | Married |
| Allowances: | 0 | 0 | 0 |
| Addl. Pct.: | 0 | 0 | 0 |
| Addl. Amt.: | 0 | 0 | 0 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 10/08/2023-10/14/2023 | | | | | |
| Regular Pay | 43.312609 | 23.00 | 996.19 | 1,030.25 | 43,620.20 |
| OT Paid @ 1.5 | 64.980000 | 0.50 | 32.49 | 79.25 | 5,006.70 |
| Basic Wages Non Prod | 43.310000 | 1.00 | 43.31 | 79.00 | 3,353.15 |
| **YTD HISTORY:** | | | | | |
| Corp Profit Share | | | | | 700.00 |
| OT Adjustment 50% | | | | | 6.61 |
| OT Adjustment 100% | | | | | 2.13 |
| Empl Inc Award Total | | | | | 213.79 |
| Excused Day Off | | | | 32.00 | 1,339.43 |
| Holiday | | | | 56.00 | 2,359.00 |
| OT Paid @ 1.0 | | | | 18.50 | 770.54 |
| Prior Yr OT Adjustment | | | | | 39.37 |
| OT Paid @ 2.0 | | | | 10.00 | 833.00 |
| Regular Pay @ 1.5 | | | | 11.75 | 734.09 |
| Regular Pay @ 2.0 | | | | 4.00 | 333.17 |
| Short Sickness AP | | | | 80.00 | 3,332.01 |
| Stock Together Award | | | | | 1,919.97 |
| Sunday Premium Pay | | | | 63.00 | 3,953.41 |
| Vacation | | | | 96.00 | 3,998.39 |
| **Total:** | | | 1,071.99 | | 72,514.96 |

## TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 70.57 | 889.72 | 6,931.88 | 65,367.32 |
| Fed MED/EE | 14.41 | 993.67 | 1,008.79 | 69,571.52 |
| Fed OASDI/EE | 61.60 | 993.67 | 4,313.43 | 69,571.52 |
| MD Withholdng | 58.85 | 889.72 | 3,801.55 | 65,367.32 |
| PA Withholdng | 30.48 | 992.99 | 2,134.98 | 69,542.96 |
| **Total:** | 235.91 | | 18,190.63 | |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Before Tax | 103.95 | 4,204.20 |
| Before-Tax Medical | 79.00 | 3,318.00 |
| **Total:** | 182.95 | 7,522.20 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Spousal Support | 256.92 | 10,679.67 |
| Sav Plan Loan 6 | 67.74 | 2,641.86 |
| Sav Plan Loan 5 | 39.74 | 1,549.86 |
| Union Dues | 22.52 | 933.44 |
| STP Net Pay Adjustment | | 1,138.04 |
| **Total:** | 386.92 | 16,942.97 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 0.68 | 28.56 |
| Empl Inc Award Total | | 127.82 |
| Referup Taxable Award* | | 346.00 |
| *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,071.99 | 889.72 | 235.91 | 569.87 | 266.21 |
| YTD: | 72,514.96 | 65,367.32 | 18,190.63 | 24,465.17 | 29,731.34 |

## NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct# | XXXXXX9283 | 266.21 |
| Total: | | 266.21 |

**MESSAGE:**
Regular Pay: 10/08/23-10/14/23. Exception Pay: 10/08/23-10/14/23.

**Verizon Maryland LLC**

1710 Underpass Way
Hagerstown MD 21740
1-800-932-7947

| Pay Group: | B2 - B2 Weekly | |
|---|---|---|
| Pay Begin Date: | 10/15/2023 | Advice #: 48965237 |
| Pay End Date: | 10/21/2023 - On-Line Check - | Advice Date: 10/27/2023 |

| Scott Krumrine JR | Employee ID: | 2569489 | TAX DATA: | Federal | PA State | MD State |
|---|---|---|---|---|---|---|
| 155 Filbert Street | Mail Drop: | H00000000 | Marital Status: | Single | N/A | Married |
| Hanover PA 17331 | Location: | 3510 S Chevrolet Dr | Allowances: | 0 | 0 | 0 |
| | Cycle Rate: | 1732.5 | Addl. Pct.: | 0 | 0 | 0 |
| | | | Addl. Amt.: | 0 | 0 | 0 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 10/15/2023-10/21/2023 | | | | | |
| Regular Pay | 43.312609 | 23.00 | 996.19 | 1,053.25 | 44,616.39 |
| OT Paid @ 1.5 | 64.980000 | 0.50 | 32.49 | 79.75 | 5,039.19 |
| Basic Wages Non Prod | 43.310000 | 1.00 | 43.31 | 80.00 | 3,396.46 |
| **PRIOR PAY PERIOD:** | | | | | |
| 09/24/2023-09/30/2023 | | | | | |
| OT Adjustment 50% | 43.312500 | | 0.07 | | 6.72 |
| 09/10/2023-09/16/2023 | | | | | |
| OT Adjustment 50% | 43.312500 | | 0.02 | | |
| 08/27/2023-09/02/2023 | | | | | |
| OT Adjustment 50% | 43.312500 | | 0.02 | | |
| **YTD HISTORY:** | | | | | |
| Corp Profit Share | | | | | 700.00 |
| OT Adjustment 100% | | | | | 2.13 |
| Empl Inc Award Total | | | | | 213.79 |
| Excused Day Off | | | | 32.00 | 1,339.43 |
| Holiday | | | | 56.00 | 2,359.00 |
| OT Paid @ 1.0 | | | | 18.50 | 770.54 |
| Prior Yr OT Adjustment | | | | | 39.37 |
| OT Paid @ 2.0 | | | | 10.00 | 833.00 |
| Regular Pay @ 1.5 | | | | 11.75 | 734.09 |
| Regular Pay @ 2.0 | | | | 4.00 | 333.17 |
| Short Sickness AP | | | | 80.00 | 3,332.01 |
| Stock Together Award | | | | | 1,919.97 |
| Sunday Premium Pay | | | | 63.00 | 3,953.41 |
| Vacation | | | | 96.00 | 3,998.39 |
| **Total:** | | | 1,072.10 | | 73,587.06 |

## TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 72.80 | 899.83 | 7,004.68 | 66,267.15 |
| Fed MED/EE | 14.55 | 1,003.78 | 1,023.34 | 70,575.30 |
| Fed OASDI/EE | 62.24 | 1,003.78 | 4,375.67 | 70,575.30 |
| MD Withholdng | 59.56 | 899.83 | 3,861.11 | 66,267.15 |
| PA Withholdng | 30.80 | 1,003.10 | 2,165.78 | 70,546.06 |
| **Total:** | 239.95 | | 18,430.58 | |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Before Tax | 103.95 | 4,308.15 |
| Before-Tax Medical | 79.00 | 3,397.00 |
| **Total:** | 182.95 | 7,705.15 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Spousal Support | 256.92 | 10,936.59 |
| Sav Plan Loan 6 | 67.74 | 2,709.60 |
| Sav Plan Loan 5 | 39.74 | 1,589.60 |
| Union Dues | 22.52 | 955.96 |
| STP Net Pay Adjustment | | 1,138.14 |
| **Total:** | 386.92 | 17,329.89 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 0.68 | 29.24 |
| Referup Taxable Award* | 10.00 | 356.00 |
| Empl Inc Award Total | | 127.82 |
| *Taxable | | |

|  | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current: | 1,072.10 | 899.83 | 239.95 | 569.87 | 262.28 |
| YTD: | 73,587.06 | 66,267.15 | 18,430.58 | 25,035.04 | 29,993.62 |

| NET PAY DISTRIBUTION | | |
| --- | --- | --- |
| Checking Acct# | XXXXXX9283 | 262.28 |
| Total: | | 262.28 |

**MESSAGE:**

Regular Pay: 10/15/23-10/21/23. Exception Pay: 10/15/23-10/21/23.