Certificate Number: 16339-PAM-DE-038126435

Bankruptcy Case Number: 23-02546



16339-PAM-DE-038126435

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 24, 2024, at 5:02 o'clock PM EST, Scott Krumrine completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 24, 2024

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor