In re:  Case No. 23-02546-HWV

Scott Lee Krumrine, Jr  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2

Date Rcvd: Jan 25, 2024      Form ID: ntcnfhrg      Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott Lee Krumrine, Jr, 155 Filbert Street, Hanover, PA 17331-8827 |
| 5576931 | + | Brock & Scott, PLCC, 2011 Renaissance Boulevard, Suite 100, King of Prussia, PA 19406-2782 |
| 5576938 | + | Rachel Krumrine, 4800 Turkeyfoot Road, Westminster, MD 21158-1127 |
| 5576939 | + | Thomas E. Miller Esquire, 249 York Street, Hanover, PA 17331-3228 |
| 5576940 | | Welk Timeshare Resorts, 8845 Lawrence Welk Drive, Escondido, CA 92026 |
| 5576941 | + | Yk Cr Bureau, 33 S Duke St, York, PA 17401-1401 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5576932 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 25 2024 18:58:33 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5583620 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 25 2024 18:58:41 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5576933 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 18:58:52 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5589621 | | Email/Text: Bankruptcy@Freedommortgage.com | Jan 25 2024 18:54:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5576934 | | Email/Text: Bankruptcy@Freedommortgage.com | Jan 25 2024 18:54:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 5576929 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 25 2024 18:54:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5576935 | + | Email/Text: Accounts_Control@kitsapcu.org | Jan 25 2024 18:54:00 | Kitsap Credit Union, P.o. Box 990, Bremerton, WA 98337-0230 |
| 5576937 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 25 2024 18:54:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5581160 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 25 2024 18:54:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5576930 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 25 2024 18:54:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5576942 | + | Email/Text: kcm@yatb.com | Jan 25 2024 18:54:00 | York Adams Tax Bureau, Post Office Box 15627, York, PA 17405-0156 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5576936 | | Marine Corp Finance Ct, ADDRESS REMOVED PER ENTRY 20 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gary J Imblum | on behalf of Plaintiff Scott Lee Krumrine Jr gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 1 Scott Lee Krumrine Jr gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor FREEDOM MORTGAGE CORPORATION mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Scott Lee Krumrine Jr,
aka Scott L. Krumrine,

**Debtor 1**

Chapter 13

Case No. 1:23−bk−02546−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**February 21, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: February 28, 2024<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 25, 2024 |

ntcnfhrg (08/21)