IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
    SCOTT LEE KRUMRINE, JR. : CHAPTER 13
    a/k/a SCOTT L. KRUMRINE, :
                          Debtor : CASE NO. 1-23-02546

## CERTIFICATE OF SERVICE

I, Bernadette A. Davis, Paralegal of Imblum Law Offices, P.C. certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 2nd day of February, 2024, I served a copy of the within Notice of Confirmation Hearing and Plan filed in this proceeding, on (name and address):

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
VIA E-SERVICE

Kitsap Credit Union
PO Box 990
Bremerton, WA 98337

                      **OFFICER, MANAGING OR GENERAL AGENT,
                      OR ANY OTHER AGENT AUTHORIZED BY
                      APPOINTMENT, OR BY LAW, TO RECEIVE
                      SERVICE OF PROCESS**

the said Claimant(s) in this proceeding by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on <u>February 2, 2024</u>        */s/ Bernadette A. Davis*
                  (Date)                         (Signature)

**Imblum Law Offices, P.C., 4615 Derry Street, Harrisburg, Dauphin County, Pennsylvania**
**\*\*State post office address**