IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Scott Lee Krumrine, Jr.
a/k/a Scott L. Krumrine,
    Debtor

Freedom Mortgage Corporation,
    Movant
vs.

Scott Lee Krumrine, Jr.
a/k/a Scott L. Krumrine
   and
Rachel L. Krumrine,
(non filing co-debtor)
    Respondents

CASE NO. 1-23-bk-02546-HWV

CHAPTER 13

## DEBTOR'S RESPONSE TO MOTION OF FREEDOM MORTGAGE CORPORATION, FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW,** comes Debtor, Scott L. Krumrine, by and through his attorney, Gary J. Imblum, and respectfully responds as follows:

1. Admitted.

2. Admitted.

3. Admitted in part. Denied in part. Debtor has not knowledge as to the holder of the loan. Strict proof is demanded.

4. Admitted in part. Denied in part. See response to paragraph 7.

5. Admitted.

6. Admitted.

7. Admitted. Further, Debtor offers to cure the arrearage through an amended plan.

8. Admitted in part. Denied in part. It is admitted that a post petition payment history is attached. For further answer, see response to paragraph 7.

9. Admitted.

10. Admitted in part. Denied in part. Debtor has no knowledge at to payoffs. Strict proof is demanded.

11. Admitted in part. Denied in part. Fees and costs are owed only if Freedom is able to prove that a post petition arrearage existed at the time of the filing of this motion.

12. Denied. See response to paragraph 7.

13. Denied. All communications should go through Debtor's counsel.

14. Denied. There is no reason why Rule 4001(a)(3) should not apply.

15. Admitted.

16. Denied. See response to paragraph 7.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court issue an Order denying the Motion for Relief From Stay.

Respectfully submitted,

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtors

Dated: 08/13/24

## CERTIFICATION OF SERVICE

I, Bernadette A. Davis, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTORS' RESPONSE TO MOTION OF FREEDOM MORTGAGE CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

JACK N. ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

MARIO HANYON, ESQUIRE
BROCK & SCOTT, PLLC
COUNSEL FOR MOVANT
VIA E-SERVICE

IMBLUM LAW OFFICE, P.C.

*Bernadette A. Davis*
Bernadette A. Davis, Paralegal
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com

Dated: 08/14/24