LOCAL BANKRUPTCY FORM 9013-4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
SCOTT LEE KRUMRINE
a/k/a SCOTT L. KRUMRINE

: CHAPTER  13
:
: CASE NO. 1 - 23 -bk- 02546-HWV
:

**Debtor(s)**
FREEDOM MORTGAGE CORPORATION

: ADVERSARY NO. __-__ -ap-_____
: (if applicable)

**Plaintiff(s)/Movant(s)**
vs.
SCOTT LEE KRUMRINE
a/k/a SCOTT L. KRUMRINE

: Nature of Proceeding: Motion for
: Relief from Automatic Stay

**Defendant(s)/Respondent(s)**      : Document #: 41, 42

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
Debtor's counsel and Movant's counsel are working on a resolution and have agreed to a continuance.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 8/21/2024

_____
Attorney for Debtor
Name: Gary J. Imblum
Phone Number: 717-238-5250

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.