# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | |
|---|---|
| IN RE:<br>SCOTT LEE KRUMRINE, JR<br>    Debtor | Case No. 1:23-bk-02546-HWV |
| Freedom Mortgage Corporation,<br>    Movant | Chapter 13 |
| vs.<br>SCOTT LEE KRUMRINE, JR<br>aka Scott L. Krumrine<br>    And<br>RACHEL L. KRUMRINE, (NON-FILING CO-DEBTOR)<br>    Respondents | 11 U.S.C. §362 and §1301 |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

    This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

    The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

    Reason for the continuance.
Debtor's attorney is not available.

    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: August 21, 2024

                                                Applicant's Signature

                                                */s/Mario Hanyon*
                                                Andrew Spivack, PA Bar No. 84439
                                                Matthew Fissel, PA Bar No. 314567
                                                Mario Hanyon, PA Bar No. 203993
                                                Ryan Starks, PA Bar No. 330002
                                                Jay Jones, PA Bar No. 86657
                                                Attorney for Creditor
                                                BROCK & SCOTT, PLLC
                                                3825 Forrestgate Drive
                                                Winston Salem, NC 27103
                                                Telephone: (844) 856-6646

Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>SCOTT LEE KRUMRINE, JR | Case No. 1:23-bk-02546-HWV<br>Chapter 13 |
| Freedom Mortgage Corporation,<br>    Movant | |
| vs. | |
| SCOTT LEE KRUMRINE, JR<br>aka Scott L. Krumrine ,<br>    Debtor<br>    And<br>RACHEL L. KRUMRINE<br>    Co-Debtor | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Request to Continue Hearing has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Gary J Imblum, Debtor's Attorney
4615 Derry Street
Harrisburg, PA 17111
gary.imblum@imblumlaw.com


Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

US Courthouse, US Trustee
1501 N. 6th St
Harrisburg, PA 17102

Via First Class Mail:

SCOTT LEE KRUMRINE, JR
155 FILBERT STREET
HANOVER, PA 17331


RACHEL L. KRUMRINE
155 Filbert St
Hanover, PA 17331-8827


Date: August 22, 2024

/s/Mario Hanyon
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com