Rev. 12/01/17

## LOCAL BANKRUPTCY FORM 2016-2(c)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**
Scott Lee Krumrine, Jr.          :    **CHAPTER 13**
A/k/a Scott L. Krumrine         :
                                      :    **CASE NO. 1 - 23 -bk- 02546**
                                      :
                                      :
               **Debtor(s)**             :

### REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), reimbursement of expenses to be paid through a Chapter 13 plan. Complete **Part B** for payment of compensation and reimbursement of expenses to be allowed under a separate application and Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A. Presumptively reasonable fees under L.B.R. 2016-2(c)** | |
| 1. Amount agreed to by debtor | $ |
| 2. Less amount paid to attorney outside of plan distributions | $ |
| 3. Balance of compensation to be paid through plan distributions | $ |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ |

| | |
|---|---|
| **B. Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a)** | |
| 1. Compensation and expenses to be approved by the Court | $ 8,786.84 |
| 2. Less amounts paid to attorney outside of plan distributions | $ 1,795.00 |
| 3. Balance of compensation and expenses to be paid through plan distributions | $ 6,991.84 |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ 6,991.84 |

Dated: 09/09/24                          _____
                                                    Attorney for Debtor

For fees and costs through September 5, 2024. A fee application will be filed in the near future.