# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Scott Lee Krumrine Jr, aka Scott L. Krumrine, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:23−bk−02546−HWV |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on August 7, 2024. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 11, 2024

orcnfpln(05/18)