# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Scott Lee Krumrine Jr, aka Scott L. Krumrine | CASE NO: 1:23-bk-02546 HWV<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 9/12/2024, I did cause a copy of the following documents, described below,

Order Confirming Amended Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/12/2024

/s/ Gary J. Imblum  
Gary J. Imblum  42606

Imblum Law Offices, P.C.  
4615 Derry Street  
Harrisburg, PA  17111  
717 238 5250  
sharlene.miller@imblumlaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Scott Lee Krumrine Jr, aka Scott L. Krumrine | CASE NO: 1:23-bk-02546 HWV<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 9/12/2024, a copy of the following documents, described below,

Order Confirming Amended Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/12/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA  17111

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Scott Lee Krumrine Jr,　　　　　　　　　　　Chapter　　　13
aka Scott L. Krumrine,

**Debtor 1**　　　　　　　　　　　　　　　　Case No.　　1:23−bk−02546−HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on August 7, 2024. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 11, 2024

orcnfpln(05/18)

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | EXCLUDE | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 123-BK-02546 HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>THU SEP 12 7-37-41 PST 2024 | ~~(U)FREEDOM MORTGAGE CORPORATION~~ | ~~US BANKRUPTCY COURT~~<br>~~SYLVIA H RAMBO US COURTHOUSE~~<br>~~1501 N 6TH STREET~~<br>~~HARRISBURG PA 17102-1104~~ |

| | | |
|---|---|---|
| (P)BROCK SCOTT PLLC<br>6701 CARMEL ROAD SUITE 315<br>CHARLOTTE NC 28226-4035 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 |
| CITIBANKTHE HOME DEPOT<br>CITICORP CR SRVSCENTRALIZED BANKRUPTCY<br>PO BOX 790040<br>ST LOUIS MO 63179-0040 | FREEDOM MORTGAGE CORPORATION<br>ATTN BANKRUPTCY<br>907 PLEASANT VALLEY AVE STE 3<br>MT LAUREL NJ 08054-1210 | FREEDOM MORTGAGE CORPORATION<br>ATTN BANKRUPTCY DEPARTMENT<br>10500 KINCAID DRIVE<br>FISHERS IN 46037-9764 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | KITSAP CREDIT UNION<br>PO BOX 990<br>BREMERTON WA 98337-0230 | EXCLUDE<br>~~(U)MARINE CORP FINANCE CT~~<br>~~ADDRESS REMOVED PER ENTRY 20~~ |
| NAVY FCU<br>ATTN BANKRUPTCY<br>PO BOX 3000<br>MERRIFIELD VA 22119-3000 | NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD VA 22119-3000 | PA DEPT OF REVENUE<br>ATTN BANKRUPTCY DIVISION<br>DEPT 280946<br>HARRISBURG PA 17128-0946 |
| RACHEL KRUMRINE<br>4800 TURKEYFOOT ROAD<br>WESTMINSTER MD 21158-1127 | THOMAS E MILLER ESQUIRE<br>249 YORK STREET<br>HANOVER PA 17331-3228 | UNITED STATES TRUSTEE<br>US COURTHOUSE<br>1501 N 6TH ST<br>HARRISBURG PA 17102-1104 |
| WELK TIMESHARE RESORTS<br>8845 LAWRENCE WELK DRIVE<br>ESCONDIDO CA 92026 | YK CR BUREAU<br>33 S DUKE ST<br>YORK PA 17401-1401 | YORK ADAMS TAX BUREAU<br>POST OFFICE BOX 15627<br>YORK PA 17405-0156 |
| EXCLUDE<br>~~GARY J IMBLUM~~<br>~~IMBLUM LAW OFFICES PC~~<br>~~4615 DERRY STREET~~<br>~~HARRISBURG PA 17111-2660~~ | (P)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | DEBTOR<br>SCOTT LEE KRUMRINE JR<br>155 FILBERT STREET<br>HANOVER PA 17331-8827 |