UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:
SCOTT LEE KRUMRINE, JR
          DEBTOR

CASE NO. 1:23-bk-02546-HWV
CHAPTER 13

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME:                               FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE:   04/29/2024

OLD NOTICE ADDRESS:         10500 Kincaid Drive, Suite 300
                                         Fishers, IN 46037-9764

NEW NOTICE ADDRESS:         11988 Exit 5 Parkway, Building 4
                                         Fishers, IN 46037-7939

OLD PAYMENT ADDRESS:       10500 Kincaid Drive, Suite 300
                                         Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:       11988 Exit 5 Parkway, Building 4
                                         Fishers, IN 46037-7939

Dated: September 18, 2024

                                                         */s/Lorri Beltz*
                                                         Lorri Beltz, Vice President, Default
                                                         Freedom Mortgage Corporation
                                                         11988 Exit 5 Parkway, Building 4
                                                         Fishers, IN 46037-7939
                                                         Telephone: (855) 690-5900

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:
SCOTT LEE KRUMRINE, JR
    DEBTOR

CASE NO. 1:23-bk-02546-HWV
CHAPTER 13

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

<u>Via First Class Mail:</u>

GARY J IMBLUM
IMBLUM LAW OFFICES, P.C.
4615 Derry St
Harrisburg PA 17111-2660
*Counsel for Debtor*

JACK N ZAHAROPOULOS
8125 Adams Dr Ste A
Hummelstown PA 17036-8625
*Chapter 13 Trustee*

SCOTT LEE KRUMRINE, JR
155 Filbert St
Hanover PA 17331-8827
*Debtor*

<u>This 18th Day of September, 2024</u>

*/s/Lorri Beltz*
Lorri Beltz, Vice President, Default
Freedom Mortgage Corporation
11988 Exit 5 Parkway, Building 4
Fishers, IN 46037-7939
Telephone: (855) 690-5900