# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **IN RE:** <br> **SCOTT LEE KRUMRINE, JR** | | **CHAPTER** <br> **CASE NO.** | 13 <br> 1:23-bk-02546-HWV |
| | Debtor(s) | **NATURE OF PROCEEDING:** | Motion for Relief from Stay |
| **Freedom Mortgage Corporation** | | **DOCUMENT No.** | 41 |
| | Plaintiff(s)/ Movants | | |
| vs. <br> SCOTT LEE KRUMRINE, JR <br> RACHEL L. KRUMRINE | | | |
| | Defendant(s)/ Respondent(s) | | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

    ☒ Thirty (30) days.
    ☐ Forty-five (45) days.
    ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: **September 30, 2024**  /s/ Mario Hanyon

Attorney for: Freedom Mortgage Corporation

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.