**IMBLUM LAW OFFICES, P.C.**

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
**Jeffrey L. Troutman (of counsel)**

email: gary.imblum@imblumlaw.com

**Telephone**
717.238.5250
**Facsimile**
717.558-8990

September 30, 2024

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

RE: Scott Krumrine
Chapter 13 - Bankruptcy Case No. 1:23-bk-02546

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

FREEDOM MORTGAGE
ATTN BANKRUPTCY
401 ROUTE 73 N STE 115
MARLTON NJ 08053-3453

The Creditor's <u>previous</u> address was as follows:

FREEDOM MORTGAGE
ATTN BANKRUPTCY
907 PLEASANT VALLEY AVE STE 3
MT LAUREL NJ 08054-1210

Very truly yours,

IMBLUM LAW OFFICES, P.C.

*Gary J. Imblum*
Gary J. Imblum

GJI/srm