| | |
|---|---|
| From: | USBankruptcyCourts@noticingcenter.com |
| To: | Gary Imblum |
| Subject: | U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Scott Lee Krumrine, Jr, Case Number: 23-02546, HWV, Ref: [p-221541414] |
| Date: | Saturday, October 26, 2024 8:55:31 AM |
| Attachments: | B_P12302546nthrgreq0255.PDF |

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

October 27, 2024

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
   In re: Scott Lee Krumrine, Jr, Case Number 23-02546, HWV

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102**

Undeliverable Address:
RACHEL L. KRUMRINE
155 Filbert St
Hanover, PA 17331-8827

Role type/cr id:
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

can't find address

*Gary J. Imblum*                                                                                   10/28/2024

Signature of Debtor or Debtor's Attorney                                        Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

Case 1:23-bk-02546-HWV    Doc 68    Filed 10/28/24    Entered 10/28/24 11:49:24    Desc
Document ID: ed1a08dc-4917-45ca-8504-906e94410a03    Main Document    Page 1 of 1