# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** **SCOTT LEE KRUMRINE, JR** | **CHAPTER** 13 |
| | **CASE NO.** 1:23-bk-02546-HWV |
| Debtor(s) | **NATURE OF PROCEEDING:** **Motion for Relief from Stay** |
| **Kitsap Credit Union** | **DOCUMENT No.** 91 |
| Plaintiff(s)/Movants | |
| vs. SCOTT LEE KRUMRINE, JR | |
| Defendant(s)/Respondent(s) | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

**CHECK ONE:**

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  ☐ Thirty (30) days.
  ☒ Forty-five (45) days.
  ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: **June 17, 2025**                /s/ Mario Hanyon
                                        Attorney for:   Kitsap Credit Union

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.