**23-02546-1-HWV**

SCOTT LEE KRUMRINE, JR  **39 Rmng of 60 Mos.**

155 FILBERT STREET   Atty: GARY J. IMBLUM, ESQUIRE   SSN: xxx-xx-4427  xxx-xx-
(717)238-5250   Debtor Plan Payment: $3,350.00 / M

HANOVER PA 17331

Debtor Type: Individual   Emplyr: VERIZON MARYLAND, LLC

----- Last 6 Payments -----

| | | | | | | |
|---|---|---|---|---|---|---|
| Filed | 11/06/2023 | 08/19/2024 | $1,675.00 | 04/09/2024 | $1,475.00 | Total Paid In $9,050.00 |
| First Mtg Reset | 01/25/2024 | 06/13/2024 | $1,475.00 | 03/11/2024 | $1,475.00 | Base Amount $139,700.00 |
| Confirmed | 09/11/2024 | 04/29/2024 | $1,475.00 | 02/08/2024 | $1,475.00 | Addtl Amount $0.00 |
| Plan Filed | 12/12/2023 | | | | | Total Base Amount $139,700.00 |
| Start Pmts | 01/11/2024 | | | | | |
| Bar Date | 01/15/2024 | | | | | |

**Debtor Graduated Payments**

Start Date 1/2/2024  End Date 9/2/2025  $9,050.00  Per =  $9,050.00
Start Date 10/2/2025  End Date 12/2/2028  $3,350.00  Per Month =  $130,650.00

Okay to Pay: Y

| Creditor Name | Number | Clm Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GARY J. IMBLUM, ESQUIRE | | | 000-0 | 10/23/2024 | Lgl | | | 12 | $8,386.84 | $6,591.84 | $1,795.00 | | $0.00 |
| GARY J. IMBLUM, ESQUIRE | | | 000-1 | | Lgl | | | 12 | $8,737.12 | | | | $8,737.12 Obj/Reserve |
| NAVY FEDERAL CREDIT UNION | | | 001-0 | | Uns | | | 33 | $9,483.28 | | $9,483.28 | | $9,483.28 0.00 |
| CAPITAL ONE BANK | | | 002-0 | | Uns | | | 33 | $2,344.10 | | $2,344.10 | | $2,344.10 0.00 |
| THOMAS E. MILLER, ESQUIRE | | | 003-0 | | Uns | | | 33 | $918.36 | | $918.36 | | $918.36 0.00 |
| KITSAP CREDIT UNION | | | 004-0 | 11/19/2024 | Sec | | | 24 | $21,517.32 | $484.78 | $22,875.39 | | $21,032.54 |
| KITSAP CREDIT UNION | | | 004-1 | | Uns | | | 33 | $5,167.39 | | $22,875.39 | | $5,167.39 0.00 |
| FREEDOM MORTGAGE CORPORATION | | | 005-0 | | Sec | | | 24 | $0.00 | | | | $0.00 |
| FREEDOM MORTGAGE CORPORATION | | | 520-0 | 11/19/2024 | Sec A | | | 24 | $55,455.24 | $1,249.38 | $222,892.26 | | $54,205.86 Obj/Reserve |
| FREEDOM MORTGAGE CORPORATION | | | 521-0 | | Sec A | | | 24 | $17,230.00 | | $222,892.26 | | $17,230.00 Obj/Reserve |
| FREEDOM MORTGAGE CORPORATION | | | 522-0 | | Sec A | | | 24 | $14,148.42 | | $222,892.26 | | $14,148.42 Obj/Reserve |
| WELK TIMESHARE RESORTS | | | 700-0 | | Sec | | | 24 | $0.00 | | | | Not Filed |
| CITIBANK/THE HOME DEPOT | | | 701-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| MARINE CORP FINANCE CT | | | 702-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| YK CR BUREAU | | | 703-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| RACHEL L KRUMRINE | | | 888-0 | | Pri | | | 90 | $0.00 | | | | Not Filed |
| GARY J. IMBLUM, ESQUIRE | | | 998-0 | | Lgl | | | 90 | $0.00 | | | | Withdrwn |
| Jack N. Zaharopoulos | | | TRS-0 | 8/19/2024 | Tru | | | 00 | $11,176.00 | $724.00 | | | $10,452.00 |
| Total | | | | | | | | | $154,564.07 | $9,050.00 | | $0.00 | |

| | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | | |
|---|---|---|---|---|---|---|---|---|---|
| Total Debt | $108,350.98 | $0.00 | $17,913.13 | $0.00 | $17,123.96 | $0.00 | $11,176.00 | - Amount Available | $0.00 |
| Total Paid | $1,734.16 | $0.00 | $0.00 | $0.00 | $6,591.84 | $0.00 | $724.00 | - Funds Held | $0.00 |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | Principal Balance | $143,719.07 |
| Total Direct Pd | $0.00 | $0.00 | $0.00 | $0.00 | $1,795.00 | | $0.00 | Debtor Refunds | $0.00 |
| Balance Due | $106,616.82 | $0.00 | $17,913.13 | $0.00 | $8,737.12 | | $10,452.00 | Base Amount Bal | $130,650.00 |
| | | | | | | | | Delinquent | $0.00 |

# "Exhibit A"

Case Status Report  
Middle District of Pennsylvania Jack Zaharopoulos Chapter 13 Trustee  
Status of Case as of 10/27/2025 02:58 PM

Page 2  
Chapter 13

**23-02546-1-HWV**

SCOTT LEE KRUMRINE, JR **39 Rmng of 60 Mos.**

| Creditor Name | Number | Clm Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|