# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SCOTT LEE KRUMRINE, JR
AKA: SCOTT L. KRUMRINE     CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant     CASE NO: 1-23-02546-HWV

SCOTT LEE KRUMRINE, JR
AKA: SCOTT L. KRUMRINE

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on December 3, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan

As of December 3, 2025, the Debtor(s) is/are $6700.00 in arrears a plan payment having last been made on August 19, 2024.

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Dated: December 3, 2025     Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  SCOTT LEE KRUMRINE, JR
       AKA: SCOTT L. KRUMRINE       CHAPTER 13

     Debtor(s)

JACK N. ZAHAROPOULOS       CASE NO: 1-23-02546-HWV
CHAPTER 13 TRUSTEE
     Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 3, 2025, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>
GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG PA 17111-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

<u>Served by First Class Mail</u>
SCOTT LEE KRUMRINE, JR
155 FILBERT STREET
HANOVER PA 17331

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 3, 2025

/s/ Ashley Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com