United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 23-02546-HWV

Scott Lee Krumrine, Jr                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                     User: AutoDocke                          Page 1 of 2

Date Rcvd: Apr 03, 2026                  Form ID: 318                             Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott Lee Krumrine, Jr, 155 Filbert Street, Hanover, PA 17331-8827 |
| 5576934 | | FREEDOM MORTGAGE, ATTN BANKRUPTCY, 401 ROUTE 73 N STE 115, MARLTON NJ 08053-3453 |
| 5576939 | + | Thomas E. Miller Esquire, 249 York Street, Hanover, PA 17331-3228 |
| 5576940 | | Welk Timeshare Resorts, 8845 Lawrence Welk Drive, Escondido, CA 92026 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5576931 | | Email/Text: EBN@brockandscott.com | Apr 03 2026 18:40:00 | Brock & Scott, PLCC, 2011 Renaissance Boulevard, Suite 100, King of Prussia, PA 19406 |
| 5576932 | + | EDI: CAPITALONE.COM | Apr 03 2026 22:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5583620 | | EDI: CAPITALONE.COM | Apr 03 2026 22:43:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5576933 | + | EDI: CITICORP | Apr 03 2026 22:43:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5696819 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 03 2026 18:40:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5670659 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 03 2026 18:40:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 11988 Exit 5 Pkwy., Bldg. 4, Fishers, IN 46037-8022 |
| 5589621 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 03 2026 18:40:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-8022 |
| 5576929 | | EDI: IRS.COM | Apr 03 2026 22:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5576935 | + | Email/Text: accounts_control@kitsapcu.org | Apr 03 2026 18:40:00 | Kitsap Credit Union, P.o. Box 990, Bremerton, WA 98337-0230 |
| 5576937 | + | EDI: NFCU.COM | Apr 03 2026 22:44:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5581160 | + | EDI: NFCU.COM | Apr 03 2026 22:44:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5576930 | | EDI: PENNDEPTREV | Apr 03 2026 22:43:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5576942 | + | Email/Text: kcm@yatb.com | Apr 03 2026 18:40:00 | York Adams Tax Bureau, Post Office Box 15627, York, PA 17405-0156 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5576936 | | Marine Corp Finance Ct, ADDRESS REMOVED PER ENTRY 20 |
| 5576938 | | Rachel Krumrine, Removed per entry 68 |
| 5576941 | | Yk Cr Bureau, Removed per entry 125 |
| cr | *+ | Kitsap Credit Union, PO BOX 990, Bremerton, WA 98337-0230 |
| 5726967 | *+ | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 11988 Exit 5 Pkwy., Bldg. 4, Fishers, IN 46037-8022 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gary J Imblum | on behalf of Debtor 1 Scott Lee Krumrine Jr gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Plaintiff Scott Lee Krumrine Jr gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Mario J. Hanyon | on behalf of Defendant FREEDOM MORTGAGE wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Kitsap Credit Union wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Steven M. Carr | stevecarr8@comcast.net pa31@ecfcbis.com;debclick@comcast.net;jessmacek1@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| | | |
|---|---|---|
| Debtor 1 | **Scott Lee Krumrine Jr** | Social Security number or ITIN xxx–xx–4427 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ |
| | | EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:23–bk–02546–HWV | |

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Scott Lee Krumrine Jr
aka Scott L. Krumrine

**By the court:**

4/3/26

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                        **Order of Discharge**                        page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**