In re:                                                                    Case No. 23-02546-HWV

Scott Lee Krumrine, Jr                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                      User: AutoDocke                            Page 1 of 2

Date Rcvd: Apr 17, 2026                   Form ID: fnldec                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2026:**

**Recip ID**        **Recipient Name and Address**
db           +  Scott Lee Krumrine, Jr, 155 Filbert Street, Hanover, PA 17331-8827

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2026                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2026 at the address(es) listed below:**

**Name**        **Email Address**

Gary J Imblum

    on behalf of Debtor 1 Scott Lee Krumrine  Jr gary.imblum@imblumlaw.com,
    gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.info
    ruptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Gary J Imblum

    on behalf of Plaintiff Scott Lee Krumrine  Jr gary.imblum@imblumlaw.com,
    gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.info
    ruptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Mario J. Hanyon

    on behalf of Defendant FREEDOM MORTGAGE wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Mario J. Hanyon

    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
    mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor Kitsap Credit Union wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Matthew K. Fissel

on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Steven M. Carr

stevecarr8@comcast.net  pa31@ecfcbis.com;debclick@comcast.net;jessmacek1@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 8

<h1 style="text-align:center">UNITED STATES BANKRUPTCY COURT</h1>
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Scott Lee Krumrine Jr,          Chapter     7
aka Scott L. Krumrine,

**Debtor 1**        Case No.     1:23−bk−02546−HWV

Social Security No.:

       xxx−xx−4427

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Steven M. Carr**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: April 17, 2026

**fnldec** (01/22)